**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ANGELA SABATINO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No.: 4:26-cv-00959** |
| | ) |
| **W.C.&D. ENTERPRISES, INC.** | ) |
| **D/B/A WALTER KNOLL** | ) |
| **FLORIST** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE TO TAKE DEPOSITION**

**TO:**  Matthew J. Ghio
The Ghio Law Firm, LLC
3115 S. Grand Blvd. Suite 100
St. Louis, Missouri 63118
(314) 707-5853
(314) 732-1404 (fax)
matt@ghioemploymentlaw.com

**DATE AND HOUR:**              **Friday, August 21, 2026, at 9:00 a.m.**

**PLACE OF DEPOSITION:**      **Law Offices of McMahon Berger, PC**
                                              **2730 N. Ballas Rd., Suite 200**
                                              **St. Louis, MO 63131**

**DEPONENT:**                          **Plaintiff Angela Sabatino**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant's counsel will take the deposition of Plaintiff, Angela Sabatino, beginning at 9:00 a.m. on August 21, 2026, at the Law Offices of McMahon Berger, PC, 2730 N. Ballas Rd., Suite 200, St. Louis, MO 63131, and continuing for as long as necessary to complete the deposition.  The

1

deposition noticed herein shall be recorded by stenographic means and it shall take place before a

notary public or other person authorized by law to administer oaths.

Respectfully submitted,

McMAHON BERGER, P.C.

/s/ Robert D. Younger
Robert D. Younger, #42909 MO
2730 North Ballas Road, Suite 200
P.O. Box 31901
St. Louis, MO  63131-3039
(314) 567-7350 –  Telephone
(314) 567-5968 –  Facsimile
sikes@mcmahonberger.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August 2026 a true and correct copy of the foregoing was served via email and first class mail, postage prepaid, upon:

Matthew J. Ghio
The Ghio Law Firm, LLC
3115 S. Grand Blvd. Suite 100
St. Louis, Missouri 63118
(314) 707-5853
(314) 732-1404 (fax)
matt@ghioemploymentlaw.com

*Attorney for Plaintiff*

/s/ Robert D. Younger

2