Meeting with Angela Sabatino

01.30.2024

DK: David Knoll

AS: Angela Sabatino

TK: Tammy Knoll

CK: Chuck Knoll

DK: Keeping warm these days?

AS: Sure.

DK: Yeah? Warmer than it's been. It's been kind of cold. Angela, Tammy and I are—have taken over all the visual—

AS: Trying to kind of brush over things.

DK: And so I'm feeling, excuse the term, and I'm not even going to beat around the bush, super resentment between you and I. Am I reading that wrong?

AS: No, not at all.

DK: Okay. So—

TK: And I did mention to David that I just seen you briefly this morning, and you were crying, and gave me a hug, and you are having some issues working with it. And I think that does no one any good, for you to feel in this manner, and David doesn't want to have you feeling in this manner. Let's be honest. It does—because it does no good for him, it's doesn't fit good for the company, for you. So I think we need to discuss it.

DK: My goal is to make this work. Right. We need to make this work out because the last thing I want is an employee that—

TK: —is having problems working with you.

DK: —having a problem even looking at me.

AS: Okay. I'm just going to be completely honest.

TK: Well, we want you to be.

AS: Making remarks to your employees, sexual remarks—and I am going to be honest, and it's uncomfortable.

DK: I don't—oh, the flower. Okay.

AS: Not just—it's not just that. The flower, yes. I mean, I was raised to not deal with that. And I have children—

DK: I don't—I don't—I don't—I don't know what else there—there is. I—I really don't.

AS: And I've kept it to myself because I don't want to make things uncomfortable. I need my job. I have a child.

TK: Absolutely. That's understandable.

AS: And I like working here. Do I feel valued as an employee here? No. do I work really hard for very little pay? Yes. But that's besides the fact. For instance, and I wasn't going to say anything, but like I said, it's uncomfortable. When we were down at the Met Building, and I was bent over, and you had a screw gun at my butt, and I came up. And I asked you what you were doing, and Tadd was standing there too. And you said, "Well, you just put it out there." Do you remember that?

DK: No. I don't.

AS: You don't remember that?

DK: And No. I should be called to the mat for that. I did—I did not do anything like that.

TK: That's inappropriate.

DK: That would be inappropriate and—

AS: Not "would be." It was inappropriate.

DK: Well, Angela—

AS: And Tadd didn't say anything because—

DK: Well, I'll—I'll get Tadd and I should be held to the mat for that.

AS: I don't want Tadd. No, Tadd's not going to say anything though because he doesn't—

DK: Why not? Because it's—if it's the truth—

AS: He doesn't want to lose his job over me.

DK: Why would he lose his job? If that's inappropriate—

TK: This is something to be discussed, obviously April—I mean, Angela. Because you're not going to be able to work with David if you feel like that might happen at any time.

DK: I—I—

AS: It's happened many times, Dave. It's happened.

DK: I've only seen you four times or five times.

AS: No. It's—in the past, it's happened. It's happened a lot. It has.

DK: Well—

AS: And I've never said a word about it, and I've kept it to myself.

DK: Well, I'm—I'm going to tell you, I'm—I—for this is happening, we'll escalate this up, more on me, and Tammy will take the lead on it. Because I can't because it—I'm the guy you're telling it on. I'll make sure that we investigate this up, and if I'm guilty on it—

AS: How can you investigate yourself?

DK: I'm not.

AS: What do you mean?

DK: The family will.

AS: No one will do anything. The HR Department—

DK: Well, you're accusing me of it—

AS: I'm not accusing you, I'm telling you what happened. And if you—if—

DK: Well, I'm—I'm telling you it didn't happen, so I'm going to—I'm going to tell you straight out.

AS: And if you got the—if you got a camera from the Met, if they have cameras, I would show you that it did happen.

DK: They do have cameras and I will—I will get that.

AS: Because Tadd was standing there.

DK: I will get that from the Met.

AS: And it made me very uncomfortable.

TK: And it would make me—honestly, I mean, you're not saying something that if this—this happened, which I can't say, since David doesn't remember this. I—I can understand why he would.

AS: I don't think that you think about things when you say stuff; I don't think half of us do when we say stuff. And I don't think that you mean anything by it. And you're going—I know you're going—

DK: Well, no. If I—if I'm guilty of about that—

AS: —to hate me after this. You're not going to want me to work for you after this, and now I feel like—I feel like I couldn't say anything because I would lose my job.

TK: Well, that would be wrong because you should be able to say things when things are inappropriate. Because you cannot—you should not be able to work in a company that would allow that to happen, so.

DK: I don't want that for you either.

TK: No.

DK: So I—I will—

AS: But it happens.

TK: Well—

AS: But it does. And Tadd won't say it; Tadd didn't say anything.

TK: Well, I'll talk to Tadd—

DK: I had—I had 19 other people at that building, and I have 19 other people that would be happy to say whatever, do whatever for the truth. Because I'd rather have the truth out there. And I could—and they do have cameras in the building. I will—I will—I will have them get the pictures over, and I will have them send them to Tammy.

TK: We do not want you to have this inappropriateness and to have this issue looming in your head. I mean, if it is to where David can't work with you, and it's me and Tadd working with you, that's how it's going to have to be, honestly. I'm not worried to—

DK: Well, this has—this has to go back to—

TK: —say how it is, if that's how it's going to go.

DK: This has go back to Met Square setup because you did not show up for take down.

AS: Oh, you're going to bring that up? Because I—

DK: No.

AS: Because I—

DK: Well, there's a lot that I've got to bring up. Angela, here—

AS: I dug a—

DK: I have—I have to schedule the work.

AS: Yes. Three days before, I was told three days before by Tadd—

DK: Well—

AS: —when I have a child, and I am a single parent.

DK: Okay. So did—what I did nod at that—

AS: And I have things that I have to do to be there for my child. I have to know a week—at least a week prior. That's why I asked Tammy, "Are we working this Sunday?" I have to know. I don't have help. My son's dad is dead. I don't have people helping me.

DK: We—that's why I started to schedule because I wanted the better communication. And I didn't want to hold that—

TK: We were talking about how hard it is. That is—

DK: —if I would've thought you—if I would've thought that you could—that you just did because of the, whatever, it would've ended that day, and I know it didn't. And I recognize that.

TK: And honestly, we can understand that maybe you didn't want to go back to Met because it was bad juju because of what you experienced.

AS: Part of it, yes. I also could—

TK: And that honestly (inaudible) reality.

AS: But I—I also literally had to take my son to soccer because I pay $300 a month for him to play soccer, and if he misses, he doesn't play.

TK: Well, you can get the money back, obviously.

DK: Right. Well, it's gone.

AS: If I know a week—if I know a week before—I have to—I mean, it's—I can't—

DK: Well, we understand that.

AS: I have to work a second job to pay for my son's soccer because I can't afford it with this pay. Like, it's important.

TK: I know, we understand that. And obviously, the pay is not going to change, like—

AS: No, I know. And I do just as much work as Tadd does.

DK: I—nobody—

TK: We're not saying that.

AS: I'm just saying.

DK: So—

AS: I do a lot of work.

TK: You do a lot of physical labor.

AS: And I know Tadd makes way more money than I do, and that bothers me.

DK: Okay. So—

AS: And I've picked up the slack for him big-time when he's not here, and you know that.

DK: So the—what I was trying to—

AS: In the past year—

DK: —get out of this whole thing was—

TK: That's just another thing.

AS: Yeah.

DK: —we're trying to get down, and we're trying to find what was happening every day. Yes, what I find most times in jobs, when you don't know what people are doing, it's because there's no communication that's going back and forth. And I wanted—that's why we started the daily agendas and the schedules to see where we were, and we're setting down jobs that were happening so we could understand what was happening and why.

TK: And you have to talk to us if Tadd's not around and you're not able to talk to Teya, or at least me if you can't talk to David—

DK: Tammy's in the building.

TK: —you can talk to me. Or you call me. Do you have my cell phone?

AS: Yeah.

TK: Angela? Okay. Feel free to call me because it may be, "I can't get this done. I've done what I could get done, but XYZ reason." Or could be something like what we're going to have over there, the electric went out, and we're not going to have electric, and so we can't put it out. You know?

AS: And just to be clear, I came in on Sunday and started inventorying [sic] Christmas because it had to be taken down by yesterday. I've never been told I couldn't make up my hours when I msised on Monday—

DK: Well—

AS: —because of the ice.

TK: That is something we don't allow.

AS: I have never—

DK: Right.

TK: Just so you know.

AS: —ever—every—I've worked here for 15 months, and I've always—I've always made up my hours if I miss.

TK: Well, that's something that Tadd allowed—

AS: I've never—

TK: —that did not—he did not talk to me, or I don't think he's—

AS: Yeah.

TK: —talked to David—

AS: But I know April comes in and makes up her hours on the weekends when she misses, and—

DK: Well, not if it isn't scheduled.

TK: Not if she's not talking to me.

DK: It's always scheduled.

AS: I did not know that was a thing.

TK: Yes.

AS: I've never been told that.

DK: And that's part of why I'm trying to make sure we have the communication going back and forth.

TK: Yeah. Because we wouldn't know what you're doing on Sunday.

AS: Yeah.

TK If you didn't talk to us, you know what I'm saying?

AS: Yeah. Well, whoever was—Chuck came in and whoever's managing over here, I let them know that I was taking that down.

TK: But see, I understand that. They don't—

AS: Like, if you look on the cameras and see what I was—

TK: They don't—

DK: They're—they're not—

TK: Well, I'm not denying—

AS: —I was working the whole entire time.

TK: I'm not denying it. I'm not challenging that.

DK: No.

TK: Angela, that's not it at all. It's that they have nothing to do with visual, is why.

AS: I understand that. I know that.

TK: So, it's like—for them—they would be like, "Well, I didn't know it." And, "Okay, yeah. She was over there." That's what I would get.

AS: We have a deadline—we have a deadline to get stuff done, so I thought, "Hey, I could come in and get this done since Tadd took off—"

TK: And it—you know what?

AS: "—on Friday and Monday."

TK: We probably would have said, "Okay. That's fine." You had—

DK: Probably would be just fine.

TK: We need it done, you know? It's just, it wasn't talked about. And with Tadd being gone, Tadd—what Tadd sent me, he didn't send me that you were going to be here Sunday or that—he told me that you were going to be talking, saying "hey" to me, checking in, and this is what he had you working on. That's basically what he said, anyway, so you know. And he probably should have sent you—do you have a personal email?

AS: Um-hmm. I don't have a Walter Knoll email.

TK: All right. Well, a lot of people don't. But—

AS: But yes.

TK: I probably should have your email. He should have carbon copied you so you were in the loop of what was sent, so you know we're trying to do better with communication.

AS: Yeah. I never know what's going on.

TK: Yeah. And see, that's not fair to you.

DK: Well, that's why we put it on the calendar—

AS: But I mean—

DK: We're—we're trying to look—

TK: Anyone.

DK: —they can list everything on the calendar, and that way—

TK: We've felt like things were—

DK: We felt it out of control, so—

TK: We felt it was getting out of control because the trick that's—

AS: With—with like, what?

TK: And this was before you were here. I mean, knowing when Christmas was going to get in, if it was going to get in. Did everything get in? I mean, we had that issue—you know, two years ago, I had issues. I went over and found all pallets of Christmas that never got out the store. And I think you might know this, I mean—

AS: Yeah, I know. That—and that was, like, right before I started working here.

TK: Yeah. That's not—and I'm not saying it's on you because obviously, you're not the manager of it, so—

DK: And that's part of why we—

TK: So that's part of the reason we got so involved. It's like, I can't handle not knowing. And then David's pulling, and that's why David's involved. Because it's like, if David's pulling you guys for Christmas, then I kind of need to know that you're getting pulled so that I can say, "Okay. Well, let's work it out." So then I know when they're going to be at the stores, when they're going to be working with you, making sure they're not, like, doing a crazy amount of overtime. There might be overtime, yeah. I mean, you might have to work Saturday, you might have to work a Sunday because there might be a job that they need done. It's like—or you might not be able to get in Christmas, we'll say that, you know? And it's like—like you did Sunday, it's like, "I got to get this done. I got to get the inventory done."

DK: Right. Here, priority is of getting—getting Christmas out of inventory. We're supposed to be putting in last Tuesday, and we moved it to Friday. I wanted the greenhouse set up for the add-on's; we're still waiting for that. That was supposed—

AS: I have them in a box.

DK: But—but that—that was scheduled to happen last Tuesday, a week ago today. We keep moving it, which is fine.

TK: And this is not you, this is something between us and Tadd. It's like, if that couldn't be done, then Tadd should've said, "Hey. I can't get it done. It's going to have to be blah-blah day." You know?

DK: Right. And which is fine.

TK: That's just how life is. Sometimes you can have a schedule, and it doesn't always work exactly like it should, and you know that. And it's like, then changes have to be made. And we're not criticizing that you came Sunday to get the job done that you knew needed to be done because we're glad that you did that. It's just the communication of talking to either David, or me, or somebody, so we know. We want to be more in the loop, just so that things are getting done; we know they're getting done. That's not—but if you're having issues with communicating to David, that's another whole problem, and that's something that me and him need to discuss offline. And I'm hearing that's the problem.

AS: I mean, yeah. It's part of the problem. I am uncomfortable.

TK: And you are not going to be able to probably work with him if you're uncomfortable. There is probably a little bit of—will have—he say or do something that is inappropriate, and if that's how you feel, then we've just got to handle the situation differently.

DK: That—we might—it may—you know, I—

TK: You may not be—David may not be in the loop of Tadd, and you and me on that—on that particular thing. It may be, you can't work under David.

AS: It's not just happened with me, though, and that's the thing. But no one—I'm close to a lot of people here. Some people are my friends here, and it's not just happened with me. But no one will say anything, and I'm going to be the one to say something. I'm sorry.

TK: No.

DK: No. I—I'm—

TK: It's right to say something.

AS: I am—I am going to be the one to say something.

DK: This is why—this is why Tammy's involved in the meeting—

TK: Right.

DK: —to give this opportunity.

TK: So you can talk.

AS: And it might not be that big of a deal to some, to a male, but it is to me.

TK: And you know what? As a female, I understand it. And you should not feel intimidated. That is not something we put up with.

AS: But it has because it's happened.

TK: Well, it's happened but hasn't been talked about?

DK: We're not squashing what you said, even me being in the room saying this, we're not—we're—I'm—I'm going to hold—I'm going to—going to let them do whatever they have to do to make it right. But on the other hand, I've never had any accusing of anywhere in 48 years.

AS: Well, right. Because people are scared to, that's why. Because people are afraid they're going to lose their job. Might I lose my job? Sure.

DK: Well, nobody's threatened that to you. Nobody's even began to say something—

AS: But I'm sure it's going to come to that.

DK: Why would you say that?

AS: Because I know how this works. I know how it works.

DK: How does it—how does it work? Because you can inform us and make me know.

AS: You don't want—you don't want an employee who feels uncomfortable.

DK: I don't want an employee that wants to find me to tell me to go piss off.

TK: That's true, we don't. But the—in the same respect, it may become that David is not allowed to be around you.

DK: It might be.

TK: I mean, David would agree; he does not want anybody here to feel intimidated like that or feel like they're going to be sexually harassed by him. That is not going to be allowed.

DK: The family won't allow it.

TK: No. So I don't know who else feels like they've been sexually harassed. They have not—

DK You could go to them privately, and they can go to Tammy, Charlie, Wally. They could go to anybody—

TK: But I mean, we—you know, it's not something that's not going to—that is not something we want happening. I want you to feel that, Angela, that it is right to say something. It is right for us to handle it.

AS: So how's that handled, though? That's my question.

TK: We will talk to G&A, and G&A will probably have—they have—David will have to handle some—we have had this happen, believe it or not.

DK: Not with me, the family—

TK: We can't put up—it's not David.

AS: It's—it's tough because—

TK: We've had it.

AS: Like I told Tadd, I feel uncomfortable even talking about. You—there's no HR Department here. In any place I've ever worked, there's been an HR Department that's not an owner. How do you go to an owner and tell them that?

TK: You do.

AS: To the HR Department.

TK: You do, here.

AS: Because it's very intimidating to come in here and talk to Chuck.

TK: Well, and you know what? I always believe there—if you're willing to have someone else sit in—that's why I'm here, is to have another person. I told David that you were upset, and I didn't know what it was about. And you told me that you couldn't work with him.

DK: And I—

TK: And that's why we're here.

DK: Instead of me coming to you, I—Tammy—

TK: I came with him.

DK: I said, "Let's do this together." Because I want you to feel free.

TK: To talk.

DK: This is not a me to you. And I don't have anything against you, at all, and all I wanted out of this is communication.

TK: No. In fact, David's like, "We got to get this to be able to work."

DK: Right. I—

TK: That's what it originally started at with him, from his viewpoint.

DK: My viewpoint was I wanted the agenda and have this work, that is all I was going after. And I don't—and what I felt—when I said "Good morning" to you this morning as we walked in the door, I felt the distaste that you had towards me. Because I was like, "Something's going on here." And I didn't know what that was. And I was like, "Wow," and I went in. It was nothing more than, I'm just trying to get communication open between us; that's what the meeting was the other day, when I was here with you, Tammy, and Tadd and staying in the back of the design room. That's what the meeting was happening over here was, just getting communication opened up. It was nothing more than that.

AS: This is a tough place to work. It's tough.

TK: Yeah.

AS: It's tough. I've—I—because it's like, you can do so many—think you're doing so many things right, but then you're just constantly knocked down.

TK: That's how you feel.

AS: Yes.

DK: We understand that's how you feel.

AS: Often.

TK: And I hear, that's how you feel. And that's not how somebody should be feeling, but I understand that's how you feel.

AS: I work very hard here. I don't sit around and—

DK: Nobody is denying any of that.

TK: I don't think anybody is saying that one.

DK: Nobody—nobody has said that. Nobody's even mentioned that.

TK: We don't want you to feel like we insinuated this.

DK: The only thing we're trying to get the schedule—

TK: We're just trying to get better communication—

DK: —better communication.

TK: And I did not realize how badly the—it was—how bad it was between you and David, honestly. So that's—I am—I'm grateful that you brought it up because it's not something I was aware of.

AS: I would never be disrespectful towards my bosses, you know what I mean? So I haven't brought it up because—

TK: No, it's right to.

AS: I've talked with Tadd about it, and Tadd's like, "Well, you can go to HR, but Chuck's HR. Nothing probably going to be done."

DK: Actually, G&A is HR here. Charlie runs it but G&A—we have the outside source.

TK: Yeah. We do have—we have an outside source. You're—

AS: And I didn't want to take it to that.

TK: The employ is our own.

AS: But, I mean—

TK: So it—

DK: It's going to go that far though.

AS: But I think about, I'm 41 years old. I was, you know, raised in a house of men and my mom, and I don't like that. I think about my nieces getting comments made to them; I don't like that. No matter what it is—

TK: You know what?

AS: —I don't like it, and it's unacceptable.

TK: You are right. It is unacceptable.

AS: And it's uncomfortable.

TK: And I agree. It is unthinkable.

AS: The flower thing, it was uncomfortable. It was very uncomfortable, Dave.

DK: I—I agree.

TK: You know, sometimes things need to be said.

AS: Yeah.

TK: So Chuck is—right now, he's at the Art Museum.

DK: He's involved in the—

TK: So I am—he's in here, okay. So I think at this point, I should probably—Chuck out—

DK: I'm going to—I'm going to excuse myself out.

TK: Yes. And if you'll get Chuck and bring him in.

DK: I'll get Chuck because I want you guys to—

TK: And then that way, we can talk to G&A, and—

DK: Right.

TK: —and discuss the matter.

DK: You call G&A and do what you need to do.

TK: Because we don't want this. This is not something as a company that we can allow to go on. And I love you, David, but it's the truth.

DK: Well, if--if—if—if I did it, I deserve to be called to the mat on it. And I'm not saying—I'm not calling you a liar on it, and I'm going to let this all play through. Charlie? Welcome back.

TK: You're going to take David's spot, there.

DK: You're going to take my spot, and you're going to take your statement—

TK: You come in and explain what happened.

DK: —because she's unhappy.

CK: Okay. Oh, I want my jacket because I'm going to walk across the street.

TK: Okay. So we have a—

CK: A lot of emotion.

TK: There is a lot of emotion, and rightfully so, I will just tell you. Angela's quite upset because David has made sexual innuendos and action towards Angela.

CK: David? Okay.

TK: David. I'll let Angela give what happened because I don't want to incorrectly say it.

AS: I just don't—I—see, I didn't want to do this because it's uncomfortable. It's uncomfortable and I didn't want to do this.

CK: You are bringing charges—

AS: I 've talked to Tadd about this, and it's like, I don't want to—I like the people work with, but now it's just really uncomfortable.

TK: She's afraid she's going to lose her job over even saying something to us, and I said, "No." It's—it's—if David's doing inappropriate behaviors—

AS: He's—it's—

TK: —he probably should get some training on it and some help.

AS: And it's not just with me, just so you know, but no one will say anything. You know, like I said, outside of work, there are some of us who are close outside of work.

TK: Oh, yeah. For sure.

AS: Some of us girls that are close outside of work, and I—we don't—it's not things that are talked about, really, here, at all. But—

CK: Well, you know, they have to be addressed.

AS: The—the screw gun—

CK: The first question that I have, quite honestly, Angela, is do you want to bring charges?

AS: I mean, I would like a report made, yes.

CK: Okay. Well, let's call the police, and let's do—

AS: Well, I don't want to do that.

CK: Well, I don't—but what—what—what do you do?

AS: I mean, that's—

CK: What did he do?

TK: Okay.

AS: We don't need police involved, that's—

TK: It was at MetLife—Met Square and saw—he—Angela's bent over, working on something, and David came up with a screw gun, and put it in her butt and said, "You know, you made yourself—"

AS: He said, "You just put it out there." I don't like that; it's uncomfortable, Chuck.

TK: It's the innuendos that's being made. And he got the rose that's up front, and he was saying—you know what, I don't know exactly what he said on that one, but I know what he said to me about it. Like, you know—it's just plush—

AS: He was talking about how it looked—a vagina, and he was rubbing it. He's like, "Oh, that's the spot. That's the spot." It's just uncomfortable.

TK: An inappropriate discussion.

CK: Well, it is.

AS: It's disgusting.

TK: It is.

AS: And like I said, I—

TK: And it's something that you shouldn't have to listen to, obviously.

AS: I'm a 41-year-old adult, and I've never been uncomfortable like that. And there's been things said before that are uncomfortable, and I have never said anything because I don't want to make things uncomfortable. But like—

TK: It's there already.

AS: When he's there now—

TK: It's already there because you're already—

AS: —in charge of us now, and it's just—it's always something. There's always some comments.

TK: Angela's mannerisms is she can't look at him, she can't hardly deal with him.

AS: I just don't—I—I mean, I don't want—I—I—

TK: And so—

AS: It's uncomfortable, really uncomfortable.

TK: I don't think he can really manage Angela anymore, is what I'm saying. That's my opinion.

AS: I already talked to Tadd about it, like I said. We talked about it after it happened. And—

TK: She feels like HR will not do anything, and I said, "We will turn it in to G&A." And—

CK: Well, I don't know if—

TK: Can they go through—it's not like we are doing nothing.

AS: I mean, bringing police here, that's—I don't—that's not—

CK: You—the reason I say that, Angela, to be quite honest with you, is there—once something like this is brought up, I can't ever be a barrier of it. Does that makes sense?

TK: If you feel like you need—

CK: In other words, I never want it to be said, "I wanted to tell the police, and Chuck said no." You see what I mean?

TK: If it—if you felt it was that bad—

CK: If I wanted—well, not even—I—I just—I don't want to be a barrier, does that make sense?

AS: Yeah.

CK: I mean, and I don't want to have an innuendo that's a barrier.

AS: Yeah.

CK: I don't want to pretend it's a barrier; I don't want to. Does that—

AS: I just don't want it to keep happening.

CK: No, I get it.

AS: And I don't want it to happen to other people.

TK: No.

AS: Because it's disgusting, you know? I have—

TK: Well, and it's—

CK: I get that, I get that. But if you want to know why my comment is—

TK: I have children and it's not—

CK: Right. If you want to know why my comment is so strong, then that's why. I mean, think of it—I mean, put it this way. I never want to be doing this again, and be saying, "I told Chuck and Chuck told me not to—not to do this. Or Chuck, he didn't not tell me not to do it, but on the other hand, he didn't offer it. He didn't say, 'I'm not a barrier.'" That's—does that make sense?

AS: Um-hmm.

CK: So that's—just realize, that's—I'm—

TK: As severe—

CK: Listen—

TK: —as it sounds, we have to look at all the things that can be done.

CK: Well, no. And you know, my major was Psychology. You're sitting in my office, I'm behind a desk. This is a power of authority, and I don't—

TK: And she feels that.

CK: I don't want it to be that. Do you see what I mean? I mean, I maybe could come around to that side of the desk, but that—this room is so messy that that's not very apt. So realize, that's why I made those comments so strong, you know? I'm telling you my motivation. I'm nota barrier to it. We absolutely do have—

TK: And she's not trying to intimidate—

CK: We absolutely do have resources that I can—I've been to Sensitivity Training, which I think is unwarranted, once, for me. But I have things that I can do. I'm just going to caution you, I don't tell other employees what I do with other employees, and that includes David. That would include Tadd, that would include—

TK: Whoever.

CK: —anybody. In other words, I'm not going to go out and tell somebody—

TK: "Oh, guess what? So-and-so had to have sensitivity—"

CK: Well, no. I just—we—

AS: I talked to—I talked with—

CK: We're not—we're not a police force, we're not a—this—this isn't a jury—justice system, you know what I mean?

AS: Yeah.

CK: And we don't—and we don't pretend to be.

AS: I talked with Tadd about it, and I said, "I'm not comfortable going to Chuck." I'm just not. Because he's an owner and—

TK: Well, he should have come with you.

CK: You should—yeah.

AS: Because he is an owner, and he's HR, and it's almost—

CK: And I am the one that it is going to wind up at, right.

TK: Right.

AS: And it's almost like—when I talked with Tadd about it, like—he's like, "You can go to Chuck, but he is HR, and I don't it would do any—"

TK: Tadd should have came with you.

AS: "—I don't think it would do any good."

CK: That was wrong of Tadd. And—

TK: Or you could have come to me, I mean—

CK: And that was wrong of Tadd not to tell you—

TK: I could come with you.

CK: Right. And you know—

TK: I want you to know that.

CK: And I do—I take the responsibility of people having jobs here and making livings very seriously, but I also understand, this is a bizarre economy that we're in. Jobs are hard to come—they're not hard to come by, they're hard to keep people in, so I got to have a place where you're highly motivated to work.

TK: Right.

CK: Or it isn't going to work.

TK: Yeah.

CK: You know what I mean? We do have to—you are accountable for your work, of course you are. I mean, who would think you're not, you know what I mean? But anyway. So the problem is, David has a level of familiarity that is just plain uncomfortable with Angela. And then since

there's a screw gun in her backside; I'm trying write this as innocuous as possible. Another—another is sexual innuendos. Let's see if I can spell sexual.

TK: It may—

CK: Don't worry, I'll put it in the spell checker. Innuendos over a large—

TK: Plush rose.

CK: —plush rose.

TK: I mean, even Tadd was like, "Really?"

CK: You know what, no, you need specifics—

TK: With the vagina and the flower, like, come on.

CK: Yeah, you need specific.

TK: —and, "That's the spot." Like, come on. It's disgusting.

CK: Yeah. We were talking—I'm going to give you a case of—and this is—I'm not trying to defend anybody, here.

TK: No. And we don't want you to think—

CK: I don't think I am. One time, we were out in the design room, not too long ago, and Tammy and I had trouble having kids. And we spent money to go to a fertility doctor that basically told me to change my underwear. And I said that and Robin came to me and said I was making a little girl uncomfortable. I didn't talk about—that's what I said. And I got news for you, I—I, to this day, don't think that was overly—

AS: Yeah.

CK: I said, "We spent a couple thousand dollars, and the—and what I got out of it was—"

TK: That was (inaudible).

CK: "—change your underwear."

AS: Yeah.

CK: You know, you know? I mean, I wasn't graphic with anything. I—you know what I mean? But anyway, the girl's like, "Oh, my God. You were talking about sex." And it's like, "Well—"

AS: Right.

CK: "—well, we were."

TK: Well, and you're—and you're not such a person—

AS: No, I'm not—

CK: No, no. I'm not saying you are.

(All talking over each other, inaudible.)

AS: —at all. I grew up with brothers, but I know when it's—

CK: Yeah.

AS: When it's your boss, it is uncomfortable. It is uncomfortable.

TK: And you know what? It is uncomfortable.

AS: And I, you know—

TK: And it was inappropriate.

AS: He's made comments about racks before; like, that's uncomfortable.

TK: It is uncomfortable.

AS: It's very uncomfortable—

CK: Yeah. And—

AS: —because I am—you know what I mean? Like—

CK: Well—

TK: Well, it doesn't matter whether you have or not have—

AS: It's uncomfortable.

CK: No, no. It is. And they're—

TK: You're right.

CK: And there's—there's always going to be some—like I said, don't take this as I'm trying to justify it.

TK: No.

CK: We do have to come out with a way to get this done. And I think you're comfortable working with Tadd.

AS: I love Tadd.

CK: Okay. Well—

AS: We work well together.

CK: —David can go through Tadd, you know what I mean? And we can go—we can go through Tadd, you know.

TK: I can—I'm honestly here. I've been working with David for this long, so.

CK: Right. And we can go through that.

TK: I—and you—we can make it so you don't have to be—

CK: Well, it can't be that you can't ever be around him. It's just—it's not practical.

AS: No, I know. Because I'm going to be—

CK: Right. That's just not practical.

TK: But—

CK: But on the other hand, he doesn't have to be the person standing over you, saying, "Pick that bucket up. Move that bucket over there." You know what I mean?

TK: Right. We can change that.

CK: We can change that. And I don't think that's too hard to change because he's not around that often, you know what I mean?

AS: Yeah.

CK: So—so that's where—but you know, you are accountable for the work that gets done, and David is right—I mean, of course you are. I mean, you think you are. You know? That's not—

TK: Absolutely.

CK: There's not—there's no news there. It is right to let us know, I'm just going to tell you that. Now, I won't make a statement. If I don't know, I can't correct it.

TK: That's what I told Angela.

CK: There—there—

TK: Without her saying what the particular instance was, we cannot talk about it.

CK: And I'm going to talk to Tadd. It was wrong—it was wrong for Tadd, you know—

TK: To not bring it up to Chuck.

CK: Well, he maybe thought it would go away. I'm going to tell you, MBA, that's a thing that they teach in management. It means manage by avoidance. And one of the statements that follows that in the book is usually, "It's not always right, but it's not always wrong." So maybe Tadd thought this was going to go away, you know what I mean? And if that's the case, that was his judgment, and—

AS: Yeah. He just avoids uncomfortable situations—

CK: Well—well—

AS: —because he doesn't—he's the—

CK: And I've been known—

AS: —closed off, and to himself, and very shy—

CK: Right, but—

AS: —and he didn't want to do that.

CK: But I've been known to MBA things, you know?

AS: He doesn't want that to affect his job, and I don't want it to affect my job.

CK: Right. Well—

AS: But something has to be said.

CK: —I think Tadd knows this wasn't going to—

TK: It was starting to affect your job, obviously, because your feelings were becoming—

AS: Yeah. It's uncomfortable.

TK: —very unfair to David. And—

CK: Yeah. Tadd knows—

TK: —so we have to deal with it.

CK: I don't believe Tadd thinks this would affect his job. I'm sorry if he does. It does break one of my rules; we don't talk about other employees, you know what I mean? You know, in terms like that. But I'll talk to him. Tadd and I have a bizarre relationship in that he and I worked at the same place 20 years ago; we have so many shared experiences. I've really only known Tadd for a few years, but we have a level of familiarity, and I treat him as a manager as if he's been here much longer. And I've never really had that thrown in my face. I know that his mom has a lot of health issues, I know that we are one of the few places in the world he could work, given his work schedule needs. I mean, you know, if he—he could not do a nine by five job—

AS: No.

CK: —because he can't—

AS: No, he couldn't.

CK: —be there for her. He couldn't. And that doesn't mean I'm going to give all my employees that.

TK: Right.

CK: You know what I mean? But I give him responsibilities, I want them done. I give David the responsibility of running some of the retails here, you know what I mean, and help him with the display. And anyway, Tadd and David have to get to be able to work with each other, or I have to switch what I'm doing. And I think that this is not a point of no return; I think you can work with Tadd, I think you can work—

TK: With me.

CK: —with Tammy, and I think David can—you can still coexist in the same company. If they can't coexist in the same company, then I'll need to take appropriate measures so that you're protected, and we figure out an exit strategy, you know what I mean? But—

TK: And that's more of, you deciding what you think you can—

CK: Well, you know, it—right, right.

TK: —cope with. I can't decide for you—

CK: I'm not prepared to tell you that we're going to terminate David today.

AS: Well—

CK: You know what I mean? And I don't think you—

AS: Well, that would never happen.

CK: Well, and I don't think you are—

AS: And I would not want that to happen.

CK: And I don't think you are asking for that, right?

AS: No, absolutely not.

CK: Right. So you know, we have to look at—

AS: I mean, you guys—

CK: We have to look at what we can do.

AS: No, I would never, ever.

CK: But absolutely, you would—you are due a—

TK: Safe environment.

CK: You're not—not only that. Walter Knoll Florist only survives if you have a place that you're highly motivated to do your work at. I know that seems bizarre, but that is—look at the design room out here, look at all I do. Trainers are told, "Highly motivate them. Don't yell at them."

You know, it's a different world. It used to be, you know, 30 years ago, when Linda or when Susie learned to be a florist, they were mean.

TK: They were mean.

CK: They were like, "You can wire flowers for six months, and then you can touch the gladiola."

TK: "Then you're allowed to do this."

CK: Yeah. You know, now—

TK: That's the—

CK: Now, if I treated a kid like that, I'd have no employees, and that includes you.

TK: Right.

CK: You know what I mean? I mean, realize you're talking to a place that—look at how long people have been here. We try to have highly motivated people, and I want to include you in that.

TK: Yes.

CK: You know what I mean? So I will address these with David, that's what I'm going to tell you. We have resources. David is used to being a brat, and I don't mean that in a bad way, and so am I and so is Wally. We grew up as the owners of the boss. We grew up, quite honestly, in a time when everybody else who was in the company was related to us. And so he hasn't had the gentle—

AS: No, I can tell.

CK: —moving along for years at that, that I have—but I've got another brother, Walter, that is, you know—I worry about all the time.

AS: I had to say something, you guys. It's uncomfortable.

TK: And it's right to say something.

CK: Yeah. David should be on better behavior when he's around girls, or when around anybody.

TK: If he's going to talk about that kind of thing, he shouldn't be talking about—

CK: I think one of the problems that we have—

TK: —unless you're on your private time.

CK: Well, even when—

AS: Yeah, well, I mean, that's different.

CK: —you're on your private time—

TK: Right.

CK: When we started hiring, you know—being in the flower business, we started getting gay men right away, you know? Because that's—

AS: Yeah.

TK: Nature of this—

CK: —the profession. And I can't tell you, the trouble that I had first was young men, usually one of my kid's friends, would come work, work with this—this whole thing—

TK: Would joke about—

CK: —and all of us realizing—

TK: —it's not realizing—

CK: —that they're among all of these gay men and would say things inappropriate.

TK: Inappropriate.

CK: I would be like, "You never asked me if—"

TK: "You can't say that."

CK: Well, I'd look at the kids, and one of the speeches that I have, I've done this on—I have all these speeches. And I'd say, "You don't ask me if I have a foot fetish."

AS: Yeah.

CK: "You don't know. You've worked with me five years; you have no idea if I have a foot fetish."

AS: Right.

CK: And you know, that's the way it should be.

AS: Yeah.

TK: You don't need to ask that.

AS: Right.

CK: I said, "Why are you asking him what turns him on?"

AS: Right.

CK: "I mean, you shouldn't be asking him either."

AS: No.

CK: Now, the truth is that those were innocent.

AS: Yeah.

CK: And not that I'm going to tell you in my heart, this is just an opinion, David's stuff is innocent; it's stupid but it's innocent. I don't think you think he's going to take you around the corner—

AS: No.

CK: —and do something to you. And I don't—

AS: Yeah.

CK: But it—it's—you know what I mean?

TK: It's uncomfortable.

CK: It's uncomfortable and it shouldn't be—

TK: And it should be approached.

CK: It shouldn't be—it shouldn't be uncomfortable.

AS: Yeah.

TK: Right.

CK: Initiations are things that we fight in our own flower shop. What's the difference between becoming part of the group and getting initiation that isn't fair? Oh, my God. The line is really long. If you—if we ever sent it—if I ever sent anybody to go to the basement to get something here, I have.

AS: There's a basement here?

CK: No.

AS: Oh.

CK: That's the joke.

AS: Oh, okay.

CK: That's the joke. You get a new designer over here, and he's fun to kid, and you say, "Listen, go to the basement and get the pipe cleaners." Let the kid go try to find the basement.

TK: I found them but I couldn't find it.

AS: Listen to me, I'm like, "There's a basement?" There's one in the warehouse.

CK: Right.

TK: There is one in the warehouse.

AS: And that is a creepy basement.

TK: And you don't want to go there.

AS: Oh, I've been in—you think I haven't been down in that basement over there?

CK: Oh, I take the—look at all the crap I give Mike Brown.

AS: Yeah. When I went over there, I was like, "I got to go in that basement." There's, like, bullet casings and—

CK: I think we've cleaned them all up.

AS: There's a few in there.

CK: Oh, there were hundreds when we moved in. When we swept them.

AS: It's creepy in there.

CK: We swept them up.

TK: Yeah. You really want to go down there? I don't know.

AS: I had—I had to, though. I was like, "I have to—"

TK: Grandpa and George fell down and into it.

CK: Oh, they fell into it.

TK: It was pretty bad.

AS: "—I have to see it at some point. I have to—I have to see it."

CK: Well, no. What's fun is the one with the two entrances because you send somebody down the one, and then you run to the other one.

AS: Is there more than one basement?

CK: Oh, yeah. There's two.

AS: Really?

TK: I've never went down them.

CK: I've been in both. Yeah, both houses have the basement.

AS: Oh, I didn't know that.

CK: And the one basement has two entrances, the one that's further east.

AS: Yeah.

CK: The one that has, like, the little porch—

AS: What's the one back by our—like, back by—

CK: Yeah, that's the further east one.

AS: Oh, okay.

CK: That has two entrances.

AS: Oh, I didn't—wasn't paying attention to that.

CK: Tat has one that's all the way by the dock we never use.

AS: Yeah.

CK: And then it also has one going down from the house.

AS: Oh, I didn't know that.

CK: So it has what used to be the outside entrance and an inside entrance. The other one only has one entrance.

AS: Okay. I didn't know there was another one.

CK: I believe there were no gun shells—

AS: There was a couple.

CK: I think you've only been—no, no. The gun shells were—

AS: The one that I was in.

CK: —all in the one that only had the one entrance.

AS: Maybe that's the one I was in, I don't know.

CK: Yeah. They—he had a shooting range down there, the guy before us.

AS: Yeah, that's creepy.

TK: Yeah.

AS: It's very creepy there.

TK: It's very weird.

CK: We tried—I thought we had cleaned them all up.

TK: When do you want to sleep over tonight?

CK: But no one—nobody—nobody—

TK: That I saw personally.

CK: Well, it's got the hot water tanks. I mean, we go down there for the water tanks.

AS: Yeah, I mean, I was curious.

TK: Yeah, no.

AS: And I was like—April's like, "Do you want to go look?" I'm like, "Well, yeah. Of course I do. Of course I want to go look."

CK: Yeah. And what April should've done is go down the other entrance and scared you.

TK: Don't mess with her, no.

CK: But the point is, that would've been an initiation.

AS: Yeah.

CK: It would've been in good fun, and it would've been borderline mean.

AS: Right.

CK: It is hard to know what is borderline mean for some people, and what is initiation. You know, the screwing with the gun in your backside, David will have thought that was funny at the time.

AS: Right.

CK: Okay.

AS: But I was—

CK: That motive—I'm not saying it wasn't—

TK: No. We understand.

CK: —and I'm not saying it wasn't inappropriate, don't get me wrong.

TK: It was inappropriate.

CK: But I do look at motivations because I have had the other here. I've had people that, you know—you know, I had—well, I—just realize, especially with my young, horny boys, those are the ones I get in trouble with. Because they want to date the girl so bad.

AS: Oh, yeah.

CK: You know what I mean?

AS: They're all after—

CK: And it's like, well, you had brothers.

AS: Yeah.

CK: It's stuff we have to deal with.

TK: Yeah.

CK: And I have to split them up.

AS: I had brothers' friends too.

CK: Right, right.

TK: Yeah.

CK: And you have to split them up. And you know what, I'm not going to tell you the motivation is all wrong; the kid does want to like the girl. He wants the girl to like him. It's just creepy. And what I tell them is, you know, a casual workplace is not a good place to do this. Now, I can only talk out of this side of my mouth because, you know, I admired all my brothers' wives and my wife works here. So—so realize, you know, it can happen. But I'm going to tell you, it's—you're always running a big risk, that's what I tell them. But I've had to split them up; I've had to move them to departments. And then I've had people say, "I can't work in the same place." And I say, "Well, then one of you got to go." You know what I mean? If you can't be in the same building—that's what happened with the poor girl that was up here working with Sam. She's like, "I will not work in the same building as her."

AS: As who?

CK: Well, it was—

AS: Oh, someone that was—yeah. It doesn't matter.

CK: I had to—I had to say, "Then you have to leave."