Meeting with Angela Sabatino

01.31.2024

AS: Angela Sabatino

TK: Tammy Knoll

TS: Tadd Stone

AS: So I'm just curious, like—I feel like I'm being punished for yesterday.

TK: No.

AS: Like, that's what I feel like.

TK: No.

AS: And that's just how I feel. I feel very uneasy right now, and like, keeping a log of what I do, hour by hour, every day. Like, what is that? Does anyone else here have to do that?

TK: Oh, yes. I've done it myself.

AS: I'm just curious.

TK: Honestly.

AS: Well, no. You're—but like, other employees. Is everyone—

TK: Yes. Not everybody but yes. And especially in my office, we've done it.

AS: So—

TK: Just because it makes—honestly, Angela, you should not take it as a personal defeat or a criticism, but it helps you stay focused, honestly.

AS: I am very focused at work. I am extremely focused.

TK: I'm not saying you're not focused. It's—it should help you, though, as much as it's going to help us. It gives us a better idea.

AS: So—but right now, I'm asking, am I the only one here that has to do that? That keeps an hour—an—like, an—an—

TK: I don't know. I don't answer for everybody. You know what I'm saying?

AS: —an hour-by-hour log.

TK: I do not know. I—I have certainly done it, I have certainly had my office do it, and I've certainly—I mean, I don't know that I'm going to do it during Valentine's Day with other people, but I mean, if it's something that's been asked for you to do with you—

AS: By you, correct?

TK: I—

TS: It was by Chuck.

AS: Okay.

TK: So I mean, it—it does come up here and there where we do ask for that, if we have an idea of what's going on; what's really being done or not. And it only protects you, honestly. I mean, you should not feel this—it basically says what you're doing. You—honestly, it should not be a big deal.

AS: No. It—but it—it kind of is after—

TK: It seems like it is to you?

AS: —yesterday. Yeah, it is. Because—

TK: Because I don't see it as a big deal, myself. But I mean, Tadd could do it, just to be a part of it, honestly.

AS: I—I don't mind doing it, but—

TK: I don't think you care.

AS: —after yesterday, I—I feel that it's just strange that that comes after yesterday. Like, I feel like you all think I'm not doing my job.

TK: Okay. So I—I think that you're confusing a couple things. You're saying it's coming after what was discussed. There was another thing discussed, which was the working on Sunday, that was—no one was aware of. That's more of where it's coming from, Angela, not from the other issue.

AS: Then why didn't you say that first, when I just asked?

TS: I mean—

TK: You asked me who else is doing it, isn't that what you asked?

AS: I was—I was just wondering where—where it came from.

TK: Where it comes from? It comes from, we do this from time to time.

AS: Okay. So I am being punished for coming in and working on Sunday?

TK: Well, that's something that—were you—I don't—Tadd?

TS: I—I didn't know—

TK: You didn't know, I didn't think.

TS: And I think that Chuck wants more accountability as to what you're doing, and when you're doing it, and all that kind of stuff, which that falls back on me as much as it falls back on you because I didn't know.

TK: Just the impatience has got to be there. Tadd's got to know what you're up to because he's accountable for it, as much as you are accountable for it. And if it bothers you that you're the only one doing it, Tadd can do it, I can do it; it's not a big deal. I don't do it. I've done it so many times, it's—it—it does help me stay on focus.

AS: I'm just curious, would you—if you had a day like I had yesterday, and you came into work today and were asked to do that, would you feel attacked at all? Like, I'm still—

TK: I don't know. I guess—I mean, honestly, I'm so used to it, it's not—

AS: I'm saying if you were an—if you were an employee.

TK: I don't know, Angela. Honestly, I don't know. I'm not—I—I can't say what your feelings are that you're feeling. You're allowed to have your own feelings. Tadd's allowed to have his. What affects you one way is not necessarily going to effect Tadd in the same way. I don't—you know, I—I'm sorry it's effecting you, and you're so distraught. This is not something that is going to help anybody.

AS: I am distraught after watching Dave sit there and deny everything that he has said to me yesterday. I am.

TK: I—I understand that that's what you felt, but I did hear him own up to something, myself.

AS: Oh, to the flower thing, yes. That's—

TK: So I mean, he did own up to that. I mean, yes. He didn't remember—I don't know. I wasn't there so I can't speak of that other situation. And I know Chuck talked to David yesterday, and I was writing that stuff up. Did you get an email from Chuck yet?

AS: I haven't talked to him.

TK: Okay.

TS: Why don't we take a day? You know, I mean, I just think maybe you need to take a day to think things through and get things straight.

TK: I agree with Tadd. I—certainly, I guess because I've done so much and asked so many other people to keep track of their time, it's not—

AS: I wouldn't have minded if it came at a different time; the timing's a little—

TK: It is a little odd. I—I think most of it's because of the Sunday, honestly. And—

TS: That was my total understanding of it; it wasn't a repercussion of what happened yesterday.

TK: No, not at all.

TS: We were just—about Sunday.

AS: I understand that, I get that. I understand. Like, yeah. I should have asked someone. I've not—I've—honestly, I've—I didn't know I had to ask anyone to make up my hours. I didn't even make up my full hours. I was—thought I was coming in and getting stuff done because we had a deadline and the Christmas stuff needed to be down. And I was doing it by myself, so I'd come in and do it.

TK: I don't think anybody thinks it was a bad thing; it just needed to be discussed. And that's really—that's like—

AS: Okay.

TK: And I imagine because Chuck's sent out these, that's something he wants to see now.

AS: Okay.

TK: But we don't—I mean, I agree with Tadd. Maybe you need to get away from here for a day. I think you're—are you still planning on going out of town?

AS: I can't afford to. I can't afford it.

TK: Okay.