# Walter Knoll Florist
# and
# Harold's Wholesale
# Employee Handbook



WKF COM
Walter Knoll Florist
We Know Flowers

**July 15, 2019**

# Table of Contents

Welcome to WC&D Enterprises! .... 6
Mission Statement .... 7
Values .... 7
History of WC&D Enterprises, Inc. .... 7
Locations .... 8
Introductory Statement .... 10
Customer Relations .... 10
Orientation & Training .... 11
Nature of Employment .... 11
Employee Relations .... 11
Equal Employment Opportunity .... 12
Business Ethics and Conduct .... 12
Personal Relationships in the Workplace .... 13
Immigration Law Compliance .... 13
Conflicts of Interest, Non-Compete and Non-Disclosure Agreement .... 13
Outside Employment .... 17
Non-Disclosure .... 17
Disability Accommodation .... 18
Employment Categories .... 18
Access to Personnel Files .... 19
Employment Reference Checks .... 20
Personnel Data Changes .... 20
Introductory Period .... 20
Employment Applications .... 21
Performance Evaluation .... 21
Job Duties & Responsibilities .... 22
Employee Benefits .... 22
Associate Discounts .... 23
Vacation Benefits .... 23

Holidays ........................................ 24
Workers' Compensation Insurance ........................................ 25
Sick Leave Benefits ........................................ 25
Time Off to Vote ........................................ 26
Bereavement Leave ........................................ 27
Jury Duty ........................................ 27
Medical Insurance ........................................ 28
Benefits Continuation (COBRA) ........................................ 28
Timekeeping ........................................ 29
Paydays ........................................ 29
Employment Termination ........................................ 29
Administrative Pay Corrections ........................................ 30
Pay Deductions and Setoffs ........................................ 30
Safety ........................................ 31
Work Schedules ........................................ 32
Use of Phone and Mail Systems ........................................ 33
Smoking ........................................ 33
Meal Periods ........................................ 33
Overtime ........................................ 33
Use of Equipment, Tools, and Vehicles ........................................ 34
Visitors in the Workplace ........................................ 35
Computer and Email Usage ........................................ 35
Internet Usage ........................................ 36
Social Media ........................................ 37
Workplace Monitoring ........................................ 39
Telecommuting ........................................ 40
Workplace Violence Prevention ........................................ 41
Cell Phone Usage ........................................ 42
Family Medical Leave Act ........................................ 42
Military Leave ........................................ 43
Employee Conduct and Work Rules ........................................ 44
Drug and Alcohol Use ........................................ 44
Sexual and Other Unlawful Harassment ........................................ 45

Attendance and Punctuality ........ 46
Severe Weather ........ 47
Personal Appearance ........ 47
Uniform Allowance Guidelines ........ 48
Return of Property ........ 49
Resignation ........ 49
Security Inspections ........ 49
Solicitation ........ 49
Drug Testing ........ 50
Progressive Discipline ........ 50
Problem Resolution ........ 51
Workplace Etiquette ........ 51
Life-Threatening Illnesses in the Workplace ........ 52

**Welcome to WC&D Enterprises!**

WC&D Enterprises, Inc. is the parent company of Walter Knoll Florist, Knoll Greenhouses and Harold's Wholesale.

We believe that every employee helps to make WC&D successful. We hope that you will be proud to be a member of our team.

This handbook describes many of our policies. The handbook also outlines many of the programs and benefits available to eligible employees.

The handbook will answer many questions you may have about your employment at WC&D. We suggest that you become familiar about the handbook as soon as possible.

We hope that your experience here will be challenging, enjoyable, and rewarding. Again, welcome!

Sincerely,

The Knoll Family

**Mission Statement**

Provide exceptional quality floral products and services at a fair price, while being respectful of the need of our retail and wholesale customers, and to provide meaningful opportunities to outstanding employees.

**Values**

1. **Safety** – Is the action you are taking or asking anyone else to take safe?
2. **Friendly & Professional** – In actions and attitude!
3. **Quality** – The very best!
4. **Profitable** – Is the action in the best interest of our company?

**History of WC&D Enterprises, Inc.**

WC&D Enterprises, Inc. (Named after Walter, Charles & David) was incorporated in 1970. Harold's Wholesale started about the same time selling to small rural florists, and eventually to hospital gift shops. Plant Product Specialists came about a few years later, selling giftware. This evolved into plant maintenance and other related products and is now based in Arnold and is now called Knoll Greenhouses.

Knoll Family Tree of who was/is active in the family business
John Knoll Circa 1883
Son, John Knoll
Son, John Knoll
Had Three Sons
John, Hermann and Walter Rudolph
Hermann Son Marvin (Married Lula)
Walter Rudolf Knoll (Married Evelyn)
Walter and Evelyn had Donna and Walter Robert
Walter Robert Married Gail and had Three Sons
Walter Ronald (Married Robin)
Charles (Married Tammy)
David (Married Dawn)

Walter & Robin's Son is Andrew
Chuck & Tammy's Daughter is Lindsey Rawlings
David & Dawn's Sons, Joel and Dustin and Daughter Dani

This is how we picked a start date:
John Knoll created the floral funeral work for a local family by the last name of Hawkins. This was documented in the local newspaper. The procession stopped by the Knoll's flower shop for the setting of the flowers on the caisson. This documents that the Knoll family was selling flowers during the year of 1883. This establishes the family business in 1883. John Knoll was followed by his son, John, and grandsons, John, Hermann, and Walter; Hermann's son, Marvin, and his wife, Lula; and Walter's son, Walter, and his wife, Gail. They continued on separately until 1991 when the business became one.

Presently, we sell to our plant maintenance accounts, hospital gift shops, and our retail clientele under the name of Harold's Wholesale and service business to business relationships along with bulk or wholesale hard goods and floral bunches to the public.

Walter Knoll Florist is an industry leader with numerous articles in trade magazines, listed in the top 10 by Teleflora and picked in 2004 as "Business of the Year" by the City of St. Louis.

You have joined the best florist in the country!

**Locations**

Currently Walter Knoll Florist and Harold's Wholesale have several locations that contribute to our mission statement in different ways. We have our main retail headquarters, acclimation centers, and neighborhood stores.

The following is a list of our current locations:

**2765 LaSalle, St Louis, MO 63104**
Walter Knoll Florist Retail Store– Phone: 314-664-5050 Our largest location; this complex of several buildings, including a six-bay greenhouse, is where we offer our plants at discounted prices to organizations and resellers. We moved into the facilities in the summer of 2002. 100,000 square feet of design, giftware showcases, warehouse and cooler space make up the heart of Walter Knoll Florist. Harold's Wholesale (our wholesale company) is also located here.

**2755 LaSalle, St Louis, MO 63104**
Harold's Wholesale - Wholesale Phone: 314-352-2134 Cut Flower & Hardgoods
Flowers are sold in wholesale fashion to the public or businesses at the locations. We maintain a commodity board with wholesale prices of flowers that is unique in St. Louis showing the prices of the flowers.

**1010 California, St Louis, MO 63104**
Walter Knoll Florist City Greenhouses – Phone: 314-633-8775 – Holding style greenhouses – These are our stocking greenhouses. A lawn and garden center sits in front of the Hogan style building that houses our flowering plants. Both retail and wholesale activities fill this acre of downtown St. Louis.

**#2 Knoll Place** – Greenhouse Distribution – Phone: 636-296-4241
This facility is responsible for acclimating plants for our plant maintenance business. We store bulk supplies, glassware and foam products here in addition to tropical plants. We maintain plants in approximately 200 client facilities, taking care of the weekly watering and replacement as needed. We store large 20 to 30 feet tall palm trees and other tropical plants for clients who use these in the summer months around pools and elsewhere. Start of the art solar systems with LED lights
At this campus we have just over 10 acres, a large greenhouse the size of a football field, and a 2nd large holding building for stock and a caregiver's' residence.

**9776 Clayton Rd, Ladue, MO 63124**
Walter Knoll Florist – Retail Store – Phone: 314-994-7304
Formally Ladue Florist, this full-service retail store has been open at this location since 1961.

**14751 Manchester Road, Ballwin, MO 63021**
Walter Knoll Florist – Retail Store – Phone: 636-227-0022
This full service retail store has been open at this location since September 2001. Prior to that, we operated about 8 blocks west for 3 years.

**2516 Highway K, O'Fallon, MO. 63368**
Walter Knoll Florist – Retail Store – Phone: 636-240-6699
This store had been on historic Main Street since 1999, until it moved to O'Fallon in July 2002. This traditional floral store offers full service and is our most remote location, 42 miles from the florist row.

**9926 Kennerly Road, St Louis, MO 63128**
Walter Knoll Florist – Retail Store – Phone: 314-633-8800
Full-service store across from St. Anthony's Hospital in South County area also servicing Jefferson County. Operation Since 2007

**2828 LaSalle St, St Louis, MO 63104**
**1111 California, St Louis, MO 63104**
Hargood Warehouses

**History of former locations no longer in operation:**
In the 1800's Knoll Florist was located at 800 Holly Hills in South St Louis until Highway 55 forced the sales of the property. From about 1940 to 1949 Walter Knoll Florist was on Kingshighway next to Kriegshauser South Funeral Home and prior (about 1935 to 1940) on Gravois across from St. Marcus Cemetery, just inside the city limits. During the 40's a 2nd store near Kutis City was in operation for two years. Walter Knoll Florist purchased the corner of Chippewa Street and Regal Avenue in 1949 and settled here until the store was moved in 2008. Our plant wholesale company was located at 1812 Pine across from Union Station for 13 years through the 70's until the move to Arnold. Another retail store, formerly known as Hermann

Knoll Florist, was located at 8631 Watson Rd. Walter Sr. based his office at the 801 Convention Center in America Center to service the event business during the mid 80's. 101 N Main in St Charles, Missouri, our flower shop with antique theme until from about 1990 to 1994 than it was moved to O'Fallon address on highway K.

On October 16th, 2008 the Wright family, who were the owners in possession of Nettie's Flower Garden, allowed Walter Knoll Florist to market to their clientele and many of the employees joined forces with the Knoll team. Nettie's has a long and rich history in floral industry known throughout the country. Their Main Store on Grand and Chippewa was closed at this time.

20 N Grand Ave, St Louis, MO 63103
Housed on the first floor of the Busch Center in the heart of St Louis University. Serving more than 15,000 students attending this landmark institution. Nettie's opened this location 1988 and operated until Walter Knoll Florist took over the location in October 2007.

We boast a rich history of floral culture over many decades. The principle employees and past owners have joined our company. This list includes Pelars, Harold's Florist, Connie Ann, St Louis Florist, Nettie's, Kablooms of South County, Favazza Florist, Don Defoe Florist, and Ladue.

**Introductory Statement**

This employee handbook will give you important information about working at WC&D. The policies in the handbook explain many of the benefits of working here. The handbook also explains what we expect of you and tells about many of our rules.

However, this employee handbook cannot cover every situation or answer every question about policies and benefits at WC&D. Also, sometimes we may need to change the handbook. WC&D has the right to add new policies, change policies, or cancel policies at any time. The only policy we will never change or cancel is our employment-at-will policy. The employment-at-will policy allows you or WC&D to terminate your employment at any time for any reason. The employment-at-will policy is further described in the policy titled Nature of Employment. If we make changes to the handbook, we will tell you about the changes.

**Customer Relations**

Our customers are very important to us. Every employee represents WC&D to customers and the public. Our customers judge all of us by how we treat them. One of the highest priorities at WC&D is to help any customer or potential customer. Nothing is more important than being courteous, friendly, prompt, and helpful to customers.

We will provide customer relations and services training to all employees who have frequent

customer contact. If a customer wants to make a specific comment or a complaint, you should direct the person to the location manager for appropriate action. Your contacts with the public, your telephone manners, and any communications you send to customers reflect not just on you but also on the professionalism of WC&D. Good customer relations can build greater customer loyalty and increased profits.

**Orientation & Training**

During a new employee's orientation the supervisor will cover topics such as the employee's role in achieving business objectives, the job description for the position, tasks, performance evaluation standards, job safety, ongoing training and any other items deemed necessary.

Training will be provided on an ongoing basis to help employees learn the necessary skills and provide information required to become the best at their job. The employee must do their part to apply the new skills and information. There will be regular testing to determine the level of expertise employees are achieving.

**Nature of Employment**

This handbook gives a general understanding of the personnel policies of WC&D. It should help answer many common questions. You should review all the policies in the handbook and become familiar with them.

However, this handbook cannot cover every situation or answer every question about employment at WC&D. This handbook is also not an employment contract and is not intended to create contractual obligations of any kind.

You became an employee at WC&D voluntarily and your employment is at will. "At will" means that you may terminate your employment at any time, with or without cause or advance notice. Likewise, "at will" means that WC&D may terminate your employment at will at any time, with or without cause or advance notice, as long as we do not violate federal or state laws.

Sometimes we may need to change, add, or cancel policies or benefits. We want you to know that this could happen and that WC&D has the right to make changes. The only exception is that we will not change our employment-at-will policy. The only official changes to this handbook are changes that are authorized and signed by the chief executive officer of WC&D.

**Employee Relations**

We believe that the work conditions, wages, and benefits we offer to WC&D employees are competitive with those offered by other employers in this area and in this industry. If you have

concerns about work conditions or compensation, we strongly encourage you to express these concerns openly and directly to your supervisor.

Our experience has shown that when employees deal openly and directly with management, the work environment can be excellent, communications can be clear, and attitudes can be positive. Each employee has unique talents available to this company for which compensation in the form of wages and benefits are given in return. We believe that WC&D fully demonstrates its commitment to employees by responding effectively to employee concerns.

**Equal Employment Opportunity**

To give equal employment and advancement opportunities to all people, we make employment decisions at WC&D based on each person's performance, qualifications, and abilities. WC&D does not discriminate in employment opportunities or practices on the basis of race, color, religion, sex, national origin, age, disability, or any other characteristic protected by law.

We will make reasonable accommodations for qualified individuals with known disabilities unless making the reasonable accommodation would result in an undue hardship to WC&D.

Our Equal Employment Opportunity policy covers all employment practices, including selection, job assignment, compensation, discipline, termination, and access to benefits and training.

If you have a question about any type of discrimination at work, talk with your immediate supervisor or the Human Resource Department at Employer Advantage. You will not be punished for asking questions about this. Also, if we find out that anyone was illegally discriminating, that person will be subject to disciplinary action, up to and including termination of employment.

**Business Ethics and Conduct**

We expect WC&D employees to be ethical in their conduct. It affects our reputation and success. WC&D requires employees to carefully follow all laws and regulations, and have the highest standards of conduct and personal integrity.

Our continued success depends on our customers' trust. Employees owe a duty to WC&D, our customers, and shareholders to act in ways that will earn the continued trust and confidence of the public.

As an organization, WC&D will comply with all applicable laws and regulations. We expect all directors, officers, and employees to conduct business in accordance with the letter, spirit, and intent of all relevant laws and to not do anything that is illegal, dishonest, or unethical.

If you use good judgment and follow high ethical principles, you will make the right decisions. However, if you are not sure if an action is ethical or proper, you should discuss the matter openly with your supervisor. If necessary, you may also contact the President for advice and consultation.

It is the responsibility of every WC&D employee to comply with our policy of business ethics and conduct. Employees who ignore or do not comply with this standard of business ethics and conduct may be subject to disciplinary action, up to and including possible termination of employment.

**Personal Relationships in the Workplace**

When relatives or persons involved in a dating relationship work in the same area of an organization, it sometimes causes problems at work. In addition to claims of favoritism and morale issues, personal conflicts from outside can sometimes carry over into the workplace. We acknowledge that many times teams are a strong asset to the company as well. For this reason, we do allow relatives or persons involved in a dating relationship to work together. However, whether in or out of the workplace, if personal relationships hamper the mission statement goals, corrective actions will be taken up to and including termination.

**Immigration Law Compliance**

WC&D is committed to employing only people who are United States citizens or who are aliens legally authorized to work in the United States. We do not illegally discriminate because of a person's citizenship or national origin.

Because we comply with the Immigration Reform and Control Act of 1986, every new employee at WC&D is required to complete the Employment Eligibility Verification Form I-9 and show documents that prove identity and employment eligibility.

If you leave WC&D and are rehired, you must complete another Form I-9 if the previous I-9 with WC&D is more than three years old, or if the original I-9 is not accurate anymore, or if we no longer have the original I-9.

If you have questions or want information on the immigration laws, contact the Human Resource Department at EA. If you ask questions or want to complain about the immigration law, you will not be punished in any way.

**Conflicts of Interest, Non-Compete and Non-Disclosure Agreement**

WC&D has guidelines to avoid real or potential conflicts of interest. It is your duty as an

employee of WC&D to follow the following guidelines about conflicts of interest. If this is not clear to you or if you have questions about conflicts of interest, contact Chuck Knoll.

Whenever you conduct business with another company, you must work within the guidelines set up and controlled by the executive management of WC&D. Business dealings with other companies should not result in unusual gains for those companies. "Unusual gains" means bribes, product bonuses, special fringe benefits, unusual price breaks, and other windfalls that will benefit the other company or an employee at that company. WC&D executive management must first approve any WC&D promotional plan that could be interpreted to result in unusual gains for another company.

What is a conflict of interest? An actual or potential conflict of interest is when you are in a position to influence a decision or have business dealings on behalf of WC&D that might result in a personal gain for you or for one of your relatives. For conflicts of interest, a relative is any person who is related to you by blood or marriage, or whose relationship with you is similar to being a relative even though they are not related by blood or marriage.

We do not automatically assume that there is a conflict of interest if you have a relationship with another company. However, if you have any influence on transactions involving purchases, contracts, or leases, you must tell an officer of WC&D as soon as possible. By telling us that there is the possibility of an actual or potential conflict of interest, we can set up safeguards to protect everyone involved.

The possibility for personal gain is not limited to situations where you or your relative has a significant ownership in a firm with which WC&D does business. Personal gains can also result from situations where you or your relative receives a kickback, bribe, substantial gift, or special consideration as a result of a transaction or business dealing involving WC&D.

Non-Compete and Non-Disclosure Agreement

This Non-Compete and Non-Disclosure Agreement (“Agreement”) is made between The Company, and The Employee (Assigned in the Handbook Acknowledgement form).

1. During the term of, and in connection with Employee’s employment,
Employee will become acquainted with the affairs of Employer, sources of business, advertising methods, customer's’, needs and requirements, and other trade information and other similar information which is the property of Employer and generally considered in the relevant industry to constitute trade secrets and confidential and proprietary protectable information. Employee has and also will develop personal relationships with particular customers, which relationships will be important assets of Employer. Employee shall be provided access to all customer files and other information necessary for Employee to carry out Employee’s duties and otherwise required by law. Employee acknowledges all such information and relationships are considered by Employer as valuable and confidential proprietary business information of Employer, which Employer has a legitimate business interest in protecting.

a) Employee will not, during the period of Employee’s employment, nor for
six (6) months immediately following the last date of Employee’s employment with Employer,

regardless of the reason for termination, directly or indirectly solicit, take away, hire, employ or otherwise endeavor to employ any person who is then, or in the immediately preceding six (6) months has been, an Employee of Employer, rendering services for or on behalf of Employer;

b) Employee will not, directly or indirectly request, advise, counsel or encourage any customer to modify, withdraw, cancel or terminate its relationship with or refrain from doing business or having other dealings with Employer (for purposes of this provision, a "customer" is any customer of Employer at Employee's termination date, or any customer of Employer during the six (6) month period immediately preceding Employee's termination date with whom Employee specifically dealt on behalf of Employer; and

c) Employee will not, directly or indirectly, engage, whether as an individual or sole proprietor, or as owner, partner, shareholder, officer, director, manager, employee, agent, consultant, formal or informal advisor, independent contractor or buyer through the lending of any form of assistance in any business providing products and/or services directly competitive with those provided and/or offered by Employer during Employee's employment for six (6) months immediately following Employee's termination date.

2. Employee further acknowledges that Employer has placed Employee in a position of trust and confidence and agrees that during Employee's employment, and at any time thereafter, Employee will not either directly or indirectly disclose to any person, firm, or corporation or use for Employee's own personal benefit any matter affecting or relating to Employer's business, including but not limited to, the names of and confidential information concerning Employer's customers, trade secrets, manner of operations, electronic data processing systems, pricing schedules, billing methods, or any other information concerning the business of Employer, except as required in Employee's duties to Employer.

3. Employee acknowledges that Employee has access to confidential information concerning other employees of Employer and agrees that during the term of Employee's employment, and at any time thereafter, Employee will not either directly or indirectly disclose to any person, firm, or corporation or avail Employee of any confidential information concerning other employees of Employer, except as required in Employee's duties to Employer.

4. Upon termination of Employment, Employee will promptly deliver to Employer all manuals, identification cards, letters, notes, notebooks, reports and all other materials of a secret or confidential nature relating to Employer's business and that are in possession of Employee.

5. In consideration for Employee's promises set forth herein, Employer agrees to continue Employee's employment on an at-will basis.

6. Employee acknowledges that any violation of any provision of this Agreement by Employee will cause irreparable damage to Employer, and that such damages will be incapable of precise measurement, and that, as a result, Employer will not have an adequate remedy at law to redress the harm that such violations will cause. Therefore, in the event of any violation of this Agreement by Employee, Employee agrees that in addition to its other remedies, Employer shall be entitled to injunctive relief, including, but not limited to, a temporary restraining order and temporary injunction to restrain any violation by Employee. Employer shall be entitled to recover from Employee all reasonable attorneys' fees and costs incurred by Employer as a result of Employee's violation of this Agreement, whether at the trial court or

appellate court level. The provisions of this Agreement are not exclusive, but supplement all other rights and remedies of Employer at law or equity, including, without limitation, those under the Missouri Uniform Trade Secrets Act. The parties intend the provisions of this Agreement to supplement, but not displace, the respective rights and responsibilities under the Missouri Uniform Trade Secrets Act.

7. Should any section of this Agreement be declared unenforceable or invalid for any reason by a court of competent jurisdiction, such enforceability or invalidity shall not affect the enforceability or validity of the remainder of this Agreement, and no provision herein shall be dependent upon any other provision. Should any particular covenant or provision, or any portion thereof, in this Agreement be held unreasonable or unenforceable by a court of competent jurisdiction, including without limitation the time period, geographical area, and scope of activity covered by such covenant or provision, then such covenant or provision, or any portion thereof, shall be given effect and enforced to whatever extent would be reasonable and enforceable.

8. This Agreement and the performance of the parties under this Agreement shall be construed according to the laws of the state of Missouri, and any action or proceeding that may be brought arising out of, in connection with or by reason of, this Agreement shall be brought only in the Circuit Court of St Louis County, Missouri and shall be governed by the laws of the state of Missouri to the exclusion of the law of any other forum.

9. Failure to insist upon strict compliance with any of the terms, covenants or conditions of this Agreement shall not be deemed a waiver of such term, covenant or condition, nor shall any waiver or relinquishment or any right or power hereunder at any one or more times be deemed a waiver or relinquishment of such right or power at any other time or times. Employee acknowledges that every breach of a covenant not to compete by an employee is unique, and that Employer may need to respond differently to the actions of one employee than to the actions of another Employee. Therefore, the failure of Employer to enforce the same, similar or a different covenant not to compete against another employee or seek a different remedy against such employee shall not construed as a waiver or estoppel to the enforcement of any of the provisions of this Agreement.

10. No modification, amendments, extension or alleged waiver of this Agreement or any provision thereof shall be binding upon either party unless in writing and signed by such party. This Agreement constitutes the entire arrangement between Employee and Employer relating to the subject matters hereof and supersedes and replaces any and all prior agreements and understandings, written or oral, relative to such employment.

11. The provisions of this Agreement having application to the period following the Employee's termination date shall survive the termination of Employee's employment and be enforceable thereafter.

12. This Agreement may be executed in the original or by telecopy in one or more counterparts, each of which for all purposes shall be deemed to be an original but all of which together shall constitute one in the same Agreement. Only one counterpart signed by the party against which enforceability is sought needs to be produced to evidence the existence of this Agreement.

**Outside Employment**

You may hold an outside job as long as you can satisfactorily perform your WC&D job and the job does not interfere with our scheduling demands.

We hold all employees to the same performance standards and scheduling expectations regardless if they have other jobs. In order to remain employed at WC&D, we will ask you to terminate an outside job if we determine that it is impacting your performance or your ability to meet our requirements, which may change over time.

You may not have an outside job that is a conflict of interest or competition with WC&D. Also, you may not get paid or get anything in return from a person outside WC&D in exchange for something you produce or a service you provide as part of your WC&D job. In other words, you may not work on the side in the floral or horticulture field for wages or profit, including self-employment while working for WC&D.

**Non-Disclosure**

It is very important to WC&D that we protect our confidential business information and trade secrets. Confidential information includes, but is not limited to, the following examples:

* compensation data
* computer processes
* computer programs and codes
* customer lists
* customer preferences
* financial information
* labor relations strategies
* marketing strategies
* new materials research
* pending projects and proposals
* proprietary production processes
* research and development strategies
* scientific data
* scientific formulas
* scientific prototypes
* technological data
* technological prototypes

You may be asked to sign a non-disclosure agreement as a condition of your employment.

If you improperly use or disclose a trade secret or confidential business information, you will be subject to disciplinary action, up to and including termination of employment and legal action.

This applies even if you do not get any benefit from releasing the information.

**Disability Accommodation**

WC&D is committed to complying fully with the Americans with Disabilities Act (ADA). We are also committed to ensuring equal opportunity in employment for qualified persons with disabilities. We conduct all our employment practices and activities on a non-discriminatory basis.

Our hiring procedures have been reviewed and they provide meaningful employment opportunities for persons with disabilities. We only make pre-employment inquiries regarding an applicant's ability to perform the duties of the job.

Reasonable accommodation is available to an employee with a disability when the disability affects the performance of job functions. We make our employment decisions based on the merits of the situation in accordance with defined criteria, not the disability of the individual.

Qualified individuals with disabilities are entitled to equal pay and other forms of compensation (or changes in compensation) as well as job assignments, classifications, organizational structures, position descriptions, lines of progression, and seniority lists. We make all types of leaves of absence available to all employees on an equal basis.

WC&D is also committed to not discriminating against any qualified employee or applicant because the person is related to or associated with a person with a disability. WC&D will follow any state or local law that gives more protection to a person with a disability than the ADA gives.

WC&D is committed to taking all other actions that are necessary to ensure equal employment opportunity for persons with disabilities in accordance with the ADA and any other applicable federal, state, and local laws.

**Employment Categories**

It is important that you understand the definitions of the employment classifications at WC&D and know your classification. The reason is because your employment classification helps determine your employment status and what benefits you are eligible for. If you have questions or are not sure what your employment classification is, see your supervisor.

These employment classifications do not guarantee employment with WC&D for any specific period of time. You became an employee at WC&D voluntarily and your employment is at will. "At will" means that you may terminate your employment at any time, with or without cause or advance notice. Likewise, "at will" means that WC&D may terminate your employment at any time, with or without cause or advance notice, as long as we do not violate federal or state laws.

Depending on your job, you are either NONEXEMPT (hourly paid) or EXEMPT (Salary paid) from federal and state wage and hour laws. If you are a NONEXEMPT employee, you are entitled to overtime pay under the specific provisions of federal and state laws. If you are an EXEMPT employee, you are excluded from specific provisions of federal and state wage and hour laws. Your EXEMPT or NONEXEMPT classification may be changed only with written notification by WC&D management.

In addition being a Nonexempt or Exempt employee, you also belong to one of the following employment categories:

You are a REGULAR FULL-TIME employee if you are not assigned to a temporary or introductory status AND you are regularly scheduled to work the WC&D full-time schedule. In most cases, regular full-time employees are eligible for all WC&D benefit programs, subject to the terms, conditions, and limitations of each benefit program.

You are a PART-TIME employee if you are not in a temporary or introductory status AND you are regularly scheduled to work less than 37 hours per week. Part-time employees receive all legally mandated benefits, such as Social Security and workers' compensation insurance. Part-time employees are not eligible for the other WC&D benefit programs.

You are an INTRODUCTORY employee if your performance is being evaluated to determine whether further employment in a specific position or with WC&D is appropriate. When you satisfactorily complete the introductory period, you will be told about your new employment classification.

You are a TEMPORARY employee if you were hired as an interim replacement, or to temporarily increase our workforce, or to help finish a specific project. Employees are in the temporary category for a limited time. Even if you work at WC&D longer than the original time period that we agreed to when you were first hired, you will stay a temporary employee until you are officially notified that you have been assigned to a different category. Temporary employees receive all legally mandated benefits, such as Social Security and workers' compensation insurance). Temporary employees are not eligible for other WC&D benefit programs.

You are a CASUAL employee if you have an employment relationship with WC&D, but you are assigned to work on an irregular or unpredictable basis. Casual employees receive all legally mandated benefits, such as Social Security and workers' compensation insurance. Casual employees are not eligible for the other WC&D benefit programs.

**Access to Personnel Files**

WC&D keep personnel files on all employees. The personnel files include the job applications and related hiring documents, training records, performance documentation, salary history, and other employment records.

Personnel files are the property of WC&D. Because personnel files contain confidential information, the only people who can see them are people with a legitimate business reason.

If you wish to review your own file, contact the HR Department. You will need to give advance notice if you wish to see your file. You may review your file only when a representative of WC&D is also present.

**Employment Reference Checks**

The HR Department at EA will respond in writing only to those reference check inquiries that are submitted in writing. Responses to such inquiries will confirm only dates of employment, wage rates, and positions held.

**Personnel Data Changes**

It is important that WC&D & EA have certain personal information about you in our records. You need to tell us as soon as there is a change to your mailing address, telephone numbers, marital status, dependents' information, educational accomplishments, and other possibly related information. We also need to have information about who to contact in case of an emergency. To change your personal information or if you have questions about what information is required, contact the HR Department.

**Introductory Period**

WC&D has an introductory period for new employees. During the introductory period, we will evaluate your work habits and abilities to make sure that you can perform your job satisfactorily. The introductory period also gives you time to decide if the new job meets your expectations.

Since your employment with WC&D is voluntary and at will, you may terminate your employment at any time during or after the introductory period, with or without cause or advance notice. Likewise, WC&D also may terminate your employment at any time during or after the introductory period, with or without cause or advance notice.

The introductory period for all new and rehired employees is the first 90 calendar days after their hire date.

If you are absent for a significant amount of time during your introductory period, the length of the absence will automatically extend the introductory period. We may also extend the introductory period if we decide it was not long enough to evaluate your performance. This could happen either during or at the end of the introductory period.

When employees satisfactorily complete the introductory period, they are assigned to the "regular" employment classification.

During the introductory period, new employees are eligible for those benefits that are required by law, such as Social Security and workers' compensation insurance. After becoming regular employees, they may also be eligible for other WC&D benefit programs, subject to the terms and conditions of each benefit program. Be sure to review the information for each benefits program to see the exact requirements.

**Employment Applications**

We rely on the accuracy of the information you put on your employment application. We also expect that you and your references give accurate and true information during the hiring process and employment. If we find that any information is misleading, false, or was left out on purpose, we may reject an applicant from further consideration. If the person was already hired, it could result in termination of employment.

**Performance Evaluation**

We encourage you and your supervisor to discuss job performance and goals on an informal, day-to-day basis. A formal written performance evaluation will be done at the end of the introductory period after you are first hired at WC&D. At this time your regular rate of pay will be determined. Depending on your skill level and what you were hired to do, your regular rate of pay may go up at this time, but if you are below the skill level required, it could go down, as well, based on your performance evaluation.

In addition, you and your supervisor will have formal performance evaluations to discuss your work and goals, to identify and correct weaknesses, and to encourage and recognize your strengths. Major responsibility changes initiate reviews and goal setting sessions. Achieving those goals directly affects your pay scale, so it is important that those goals are beneficial to the company and are **SMART**:

**S**pecific
**M**easurable
**A**ttainable
**R**ealistic
**T**imely

Your pay is personal information that we hope you won't share with anyone else, especially since everyone is paid based on their level of skill.

**Job Duties & Responsibilities**

We try to have an accurate listing of responsibilities for all jobs at WC&D. They include the following sections: job information; job summary (gives a general overview of the job's purpose); essential duties and responsibilities; supervisory responsibilities; qualifications (includes education and/or experience, language skills, mathematical skills, reasoning ability, and any certification required); physical demands; and work environment.

We use the job descriptions to help new employees understand their jobs and their responsibilities. We also use job descriptions to identify the requirements of a job, set up the hiring criteria, set standards for employee performance evaluations, and establish a basis for making reasonable accommodations for individuals with disabilities.

The Human Resource Department and the hiring manager prepare a job description when a new job is created. We review existing job descriptions and change them when a job changes. You can help by making sure that your job description is accurate and describes your job duties.

Your job description does not necessarily cover every task or duty that you might be assigned. You may be assigned additional responsibilities as necessary. If you have questions or concerns about your job description, contact the Human Resource Department.

**Employee Benefits**

WC&D gives eligible employees many benefits. Some benefits are required by law and cover all employees. The legally required benefits include Social Security, workers' compensation, state disability, and unemployment insurance.

There are several factors that decide if you are eligible for a benefit. One important factor is your employment classification. See your supervisor to find out which benefit programs you are eligible for.

This employee handbook contains policies describing many of the benefit programs.

The following benefit programs are available to eligible employees:

* 401(k) Savings Plan
*Accidental Death & Dismemberment Life Insurance
* Bereavement Leave
* Cafeteria
* Employee Discounts
* Family Medical Leave
* Health Insurance
* Holidays

* Jury Duty Leave
* Military Leave
* Sick Leave Benefits
* Supplemental Life Insurance
* Uniform Allowance
* Vacation Benefits
* Vision Care Insurance
* Voting Time Off

You may have to pay part or all of the cost for some benefits but WC&D fully pays for many of them.

**Associate Discounts**

The following discounts are available to associates:

- 50% off most goods without labor
- 33% off anything that involves labor
- Associate pricing on specific giftware
- 33% off wire service promotion containers or E-price whichever is higher
- 10% off fruit baskets
- Sorry, no discounts on delivery, wire outs, labor charges, or handling

Associates are expected to pay the balance of their account within 30 days to receive the applied discounts. Note the deductions policy regarding unpaid balances on associate accounts. Associates are allowed to open up an account once they have successfully completed the 90-day introductory period. During the first 90 days, they may receive the same discounts by purchasing with cash, check or credit card payment.

Discounts are for the employee and their spouse only. You may offer friends and relatives 10%. Do not buy for others using your associate discount. Misuse of the discount program will result in disciplinary action up to and including termination. Any unpaid balance will be deducted from the associate's final paycheck.

Associates should never ring up their own purchase. The sales slip should be attached to the item prior to it leaving the store. It should also list the associate's name. Associates are not allowed to put their name on product prior to purchasing it.

**Vacation Benefits**

WC&D. Enterprises' vacation benefit year runs from April 1 through March 31. Associates with 12 months or more service as of April 1st will be awarded two weeks (80 hours) of paid vacation at their regular hourly rate of pay.

Associates with less than 12 months of service on April 1st will accrue 6 2/3 hours vacation for each calendar month of service. On the award date all full time employees are Memo with hours that are being either awarded or the percentage that will be awarded if one year of service is completed. Associates with under a year of service may take and will be paid the hours on the memo under the condition that these funds are an advancement on pay and will be deducted from their final check if the 12 months of continuous service was not reached.

Associates who have completed ten (10) years or more of continuous service on April 1st will be awarded three weeks of vacation (120 hours) with pay at their regular hourly rate of pay.

Associates who have completed twenty (20) years of continuous service on April 1st will be awarded four weeks vacation (160 hours) with pay at their regular hourly rate of pay.

Vacations will be scheduled to meet the needs of the business. Generally the months of January, June, July, and August are the best months. Vacation schedules must be approved by the department manager. Please submit requested dates as early as possible. Vacation hours that are not used by the Award Date are forfeited. Hours taken without prior approval and consent of the manager are not paid as vacation time.

Associates may verify the amount of vacation they have at any time. It will be posted as of April 1st of each year. Vacation time cannot be carried over from year-to-year. If an associate desires payment for vacation, instead of time off work, they may discuss that with management.

Vacation pay may be forfeited upon termination due to gross misconduct; at management's sole discretion on a case-by-case basis.

**Holidays**

WC&D gives time off to all employees on the following holidays:

* New Year's Day (January 1)
* Memorial Day (last Monday in May)
* Independence Day (July 4)
* Labor Day (first Monday in September)
* Thanksgiving (fourth Thursday in November)
* Christmas (December 25)

Eligible employees will be paid for holiday time off. If you are eligible, your holiday pay will be calculated at your straight-time pay rate as of that holiday multiplied by the number of hours you would normally have worked that day.

Employees in the following employment classifications are eligible for holiday time off with pay once they have completed 90 calendar days of service in one of these classifications:

* Regular full-time employees

If you are eligible for paid holidays, you must also work both the last scheduled workday immediately before the holiday and the first scheduled day immediately after the holiday. You must also have reported to work on time those days and not left work early. Holiday hours will be paid at the regular rate of pay times the number of hours the employee would normally have worked, up to a maximum of eight hours.

If eligible nonexempt employees work on a recognized holiday, they will receive holiday pay plus their wages at their straight-time rate for the hours they worked on the holiday. If you are scheduled to work the holiday, due to business needs, and fail to do so, you will not be paid for holiday pay.

We do not count holiday paid time off as hours worked when calculating overtime.

**Workers' Compensation Insurance**

WC&D provides a comprehensive workers' compensation insurance program for our employees. There is no cost to the employee.

The workers' compensation program covers injuries or illnesses that might happen during the course of your employment that require medical, surgical, or hospital treatment. Subject to legal requirements, workers' compensation insurance begins after a short waiting period, or if you are hospitalized, the benefits begin immediately.

It is very important that you tell your supervisor immediately about any work-related injury or illness, regardless of how minor it might seem at the time. You will be asked to complete a Report of Injury form. Prompt reporting helps to make sure that you qualify for coverage as quickly as possible and lets them investigate the matter promptly.

Workers' compensation covers only work-related injuries and illnesses. WC&D nor the insurance carrier will pay workers' compensation benefits for injuries that might happen if you voluntarily participate in an off-duty recreational, social, or athletic activity that we might sponsor.

**Sick Leave Benefits**

WC&D provides paid sick leave benefits to eligible employees who are temporarily absent due to illness or injury along with unpaid sick leave. Employees in the following employment classifications are eligible for sick leave following one year of service:

* Regular full-time employees

Upon eligibility, employees are granted up to 80 hours of sick leave in any given benefit year based upon 12 months of previous service. Sick leave benefits are calculated on the basis of a "benefit year." A "benefit year" is the 12-month period that begins when you start earning sick leave.

Employees with 10 years or more of service are granted up to 120 hours of sick leave per benefit year.

You may not take less than one day of sick leave per instance. You may use sick leave benefits to be absent because you are ill or injured.

If you cannot report to work because of an illness or injury, you should notify your supervisor before the scheduled start of your workday, if possible. Your supervisor must also be contacted on each additional day of absence.

If you are absent for 40 or more consecutive hours due to illness or injury, you must give us a doctor's statement that states you are ill or injured, when it began, and when you should be able to return to work. If eligible, you will be offered the opportunity to apply for Family Medical Leave under the FMLA. We may also request a similar statement for other sick leave absences of less than 40 hours. Before you can return to work after a sick leave absence of 40 hours or more, you must give us a doctor's statement that you may safely return to work.

Your sick leave benefits will be calculated and awarded based upon 80% of your base pay rate at the time of your absence. Sick pay is only awarded following:

1. Required documentation is completed and returned by the employee. (Generally FMLA paperwork)
2. After 40 regular hours (generally one week) are missed due to illness

Sick leave benefits do not include any special forms of compensation, such as incentives, commissions, or bonuses.

Sick leave benefits are meant to provide income protection in the case you are ill or injured. They may not be used for any other absence. You will not be paid for unused sick leave benefits while you are employed and you will also not be paid for unused sick leave benefits when your employment terminates.

If sick pay is awarded and the associated is off work for more than 90 days full time employment is terminated. Upon rejoining our workforce the benefit package will be restarted at the discretion of WC&D.

**Time Off to Vote**

WC&D wants employees who are citizens to vote in elections. If it is impossible for you to vote

before work or after work, we will give you up to 2 hours time off to vote during working hours. You will not be paid for the time off.

If you need time off to vote, see your supervisor for the time off at least two days before the Election Day.

**Bereavement Leave**

WC&D provides bereavement leave to employees who need to take time off because an immediate family member died. To ask for bereavement leave, see your supervisor.

Employees in the following employment classifications are eligible for up to 3 consecutive days of bereavement leave with pay:

* Regular full-time employees

While you are on a paid bereavement leave, you will get your base pay rate but you will not get any special forms of pay, such as incentives, commissions, or bonuses.

We normally will give you bereavement leave unless there are business reasons that require you be at work. With your supervisor's approval, you can use any available paid leave benefits you have, such as vacation, if you need more time off.

For bereavement leave, "immediate family" means your spouse, parent, child, brother, sister or grandparent; your spouse's parent, child, brother, sister, or grandparent.

**Jury Duty**

WC&D encourages you to fulfill your civic responsibilities by serving jury duty if you get a summons. Employees with 90 calendar days of service in an eligible classification may request up to 40 hours of paid jury duty leave during a calendar year.

If you are eligible for jury duty pay, you will be paid at your base rate of pay for the number of hours you would normally have worked that day up to 8 hours, minus the jury duty pay received. Associates should submit a statement from the court showing the times and dates served, as well as, the amount of the money received from jury duty. Employees in the following classifications are eligible for paid jury duty leave:

* Regular full-time employees

If you stay on jury duty longer than paid jury duty allows, you may use any available paid time off benefits you have, such as vacation, to be paid for the unpaid jury duty leave.

If you get a jury duty summons, show it to your supervisor as soon as possible. This will help us plan for your possible absence from work. We expect you to come to work whenever the court schedule permits.

Either you or WC&D may ask the court to excuse you from jury duty if necessary. We may ask that you be relieved from going on jury duty if we think that your absence would cause serious operational problems for WC&D.

Subject to the terms, conditions, and limitations of the applicable plans, WC&D will continue to provide health insurance benefits for the full period of unpaid jury duty leave.

Your vacation, sick leave, and holiday benefits will continue to accrue during unpaid jury duty leave.

**Medical Insurance**

WC&D contributes to the cost of group medical insurance for eligible full-time employees. The amount contributed is based upon the years of service. Since the plan is renewed or replaced each year prior to open enrollment those amounts may change on an annual basis. For further information regarding the amount of the contribution and the monthly premium amount for employee and/or dependent coverage please contact the Benefits Department at Employer Advantage.

**Benefits Continuation (COBRA)**

The federal Consolidated Omnibus Budget Reconciliation Act (COBRA) helps employees and their dependents to continue their health insurance even if they are no longer eligible under our health plan.

There are strict rules about when you can use COBRA. COBRA lets an eligible employee and dependents choose to continue their health insurance when a "qualifying event" happens. Qualifying events include the employee's resignation, termination, leave of absence, shorter work hours, divorce, legal separation, or death. Another qualifying event is when a dependent child stops being eligible for coverage under your health insurance.

If you continue your insurance under COBRA, you will pay the full cost of the insurance at WC&D's group rates plus an administration fee. When you become eligible for our health insurance plan, EA will give you a written notice describing your COBRA rights. Because the notice contains important information about your rights and what to do if you need COBRA, be sure to read it carefully.

**Timekeeping**

Nonexempt employees are responsible for accurately recording the hours they work. The law requires WC&D to keep accurate records of "time worked" in order to correctly calculate employee pay and benefits. "Time worked" means all the time that nonexempt employees spend performing their assigned work.

If you are a nonexempt employee, you must accurately record the time you start and stop work, when you start and end any meal periods or split shifts, and when you leave the workplace for personal reasons. Before you work any overtime, you must always get advance approval.

Falsifying time records is a serious matter. You may not change time after it is already recorded, enter a false time on purpose, tamper with time records, or record other employees' time for them. If you do any of these actions, you may be subject to disciplinary action, up to and including termination

If you are a nonexempt employee, you should not start working before your scheduled start time. You should also not continue working past your scheduled end time. You can only start earlier or work later when your supervisor approves it in advance.

Nonexempt employees record their time by clocking in on the computer system which is available at all locations. If you have any questions or concerns about these procedures speak with your supervisor.

**Paydays**

All employees are paid bi-weekly. Each paycheck includes pay for all work performed through the end of the previous payroll period.

WC&D has a direct deposit program. Direct deposit means that we will deposit your pay directly into your bank account if you authorize it. On paydays, instead a check, you will get an electronic statement explaining how much you were paid and all the details.

**Employment Termination**

There can be many reasons why employment may terminate. The following are some of the most common reasons for termination of employment:

* Resignation - voluntary employment termination initiated by an employee.
* Discharge - involuntary employment termination initiated by the organization.
* Layoff - involuntary employment termination initiated by the organization for non-disciplinary reasons.

* Retirement - voluntary employment termination initiated by the employee meeting age, length of service, and any other criteria for retirement from the organization.

We will usually schedule an exit interview if you terminate. At the exit interview, we can go over such topics as your benefits, benefits conversion rights, repayment of any outstanding debt to WC&D, or return of WC&D -owned property. You may also make suggestions or complaints and ask questions at the exit interview.

Since your employment with WC&D is voluntary and at will, you may terminate your employment at any time, with or without cause or advance notice. Likewise, WC&D may terminate your employment at any time, with or without cause or advance notice.

When you terminate, you will receive your final pay in accordance with applicable state law.

Your benefits are affected by termination in several ways. All accrued, vested benefits that are due and payable at termination will be paid out according to the specific rules of each benefit plan. Some benefits, such as vacation pay may be forfeited upon termination due to gross misconduct; this is at the company's sole discretion. You may be allowed to continue some benefits by paying for them yourself. You will be notified in writing about which benefits you can continue and the limitations and details of how to continue them.

**Administrative Pay Corrections**

WC&D tries to make sure that you are paid correctly and on scheduled paydays. In case you find a mistake in your pay, tell the President immediately so that the error can be corrected as quickly as possible.

**Pay Deductions and Setoffs**

Laws require WC&D to take deductions from your pay. Deductions are money taken from your pay for certain things such as federal, state, and local taxes. The law also requires us to deduct Social Security taxes from your pay. We must deduct up to a certain amount called the Social Security "wage base." We also contribute to your Social Security. We pay the same amount of Social Security tax to the government as we deduct from your pay.

WC&D also offers programs and benefits to eligible employees that are not required by law. You may ask us to deduct money from your pay to cover your payment for these programs.

We may have to take a "pay setoff" from your paycheck. Pay setoffs mean that WC&D must deduct money from your paycheck to pay off a debt you owe us or someone else.

Any purchases you make that are charged to your Walter Knoll Florist associate account are due and payable within 30 days. If you do not pay within that timeframe, you will lose your

associate discount privileges for a period of six months. You will be expected to pay the balance within the next 30 days. If the account is not paid within that time, the full amount will be withheld from your paycheck.

If you want to know why money was deducted from your paycheck or how your pay is calculated, see your supervisor or contact the Payroll Department at Employer Advantage.

**Safety**

Our workplace safety program is a top priority at WC&D. We want WC&D to be a safe and healthy place for employees, customers, and visitors. The Risk Mgmt. Department at EA is responsible for implementing, administering, monitoring, and evaluating the safety program. A successful safety program depends on everyone being alert and committed to safety.

We regularly communicate in different ways with employees about workplace safety and health issues. These communications may include supervisor-employee meetings, bulletin board postings, memos, or other written communications.

Employees and supervisors receive workplace safety training. The training covers possible safety and health hazards as well as safe work practices and procedures to eliminate or reduce hazards.

You are expected to obey all safety rules and be careful at work. You must immediately report any unsafe condition to the appropriate supervisor. If you violate WC&D safety standards, you may be subject to disciplinary action, up to and including termination of employment. Violations include causing a hazardous or dangerous situation, not reporting a hazardous or dangerous situation, and not correcting a problem even though you could have corrected it.

1. Report all unsafe conditions and actions
2. Report all accidents or near-miss incidents to your supervisor as soon as possible
3. Report all equipment maintenance issues to your supervisor
4. Wear proper footwear for your employment positions.
   Work area - always closed toe shoes
   Landscaping - boots or heavy footwear
5. Refrain from horseplay that could endanger you or your co-workers
6. Never engage in hostile actions against other employees.
7. Get help and or use material handles equipment to lift heavy objects
8. Lift with your legs and not your back muscles
9. Do not run equipment in haste
10. Clean up trip hazards
11. Always wear personal protective equipment (PPE) as required
12. Always maintain 3 points of contact when mounting and dismounting any part of a truck or ladder
13. Maintain a safe speed and follow posted speed limits

14. Do not ride on equipment that is not intended to be ridden
15. Do not bypass safety devices provided on equipment
16. Dress appropriate for job duties
17. There is zero tolerance for the use of illegal drugs or alcohol. Random, reasonable suspicion, and post-accident drug testing will be conducted.
18. Employees taking physician prescribed medication that might impair their ability to operate a vehicle, or equipment or perform various job tasks safely must report this to their immediate supervisor prior to start of work.
19. Always wear your seatbelt while operating or riding in a company vehicle
20. It is not allowed, and as the operator of a company vehicle please acknowledge, that hand held cell phone will not be used whether the vehicle is in motion or stopped at a traffic light. This includes, but not limited to: answering or making a phone call, engaging in phone conversations, reading, responding. Instant messages and texting. Please keep eyes and attention focused on driving.

Failure to comply with company safety policy may result in disciplinary actions as in rate change or terminations and Missouri law also allows reductions in work compensations benefits up to 50%.

Walter Knoll Florist / Harold Wholesale is committed to the well-being and safety of our employees. As a result of our commitment, we have implemented a TRANSITIONAL DUTY RETURN TO WORK POLICY. Our policy is to return all employees to work as soon as possible.

It is very important that you tell the appropriate supervisor immediately about any accident that causes an injury, no matter how minor it might seem at the time. When you report it quickly, we can investigate the accident promptly; follow the laws, and start insurance and worker's compensation processing.

**Work Schedules**

Work schedules vary at WC&D depending upon the position, work location, and business needs. Your supervisor will advise about your work schedule. At times, you may be reassigned to work at a different location than you normally do.

Our staffing needs and work demands may require that we change the starting and ending times of work schedules. We may also need to change the number of work hours that are scheduled each day and week.

In a seasonal business, such as the floral industry, there are times when each employee must be at peak performance to keep up with business demands. In slower times, you must use your ingenuity to continue to be productive and utilize your time to best benefit the company.

**Use of Phone and Mail Systems**

WC&D telephones are intended for business calls. You are not permitted to make long-distance or toll calls from our phones. If you must make a personal call on a WC&D business phone it should be limited to 2 minutes and be made during your break or meal time. We may require that you pay us for any charges. Incoming personal phone calls should be for emergency reasons only.

You may not use WC&D postage or metering for your personal mail. The postage is intended only for official business-related mail.

Our telephone communications are an important reflection of our image to customers and the community. Always use proper telephone etiquette. The following are some examples of good telephone etiquette: use the approved greeting, speak courteously and professionally, repeat information back to the caller, and only hang up after the caller hangs up.

**Smoking**

WC&D prohibits smoking throughout the workplace. This includes all company premises, vehicles, and any client's premises. Any employee who wishes to smoke must clock out and leave the building. This policy applies equally to all employees as well as to our customers and visitors.

**Meal Periods**

Any associate working at least 6 hours in a workday will have one meal period of 60 minutes in length. In some instances, your supervisor may allow you to take only 30 minutes, provided business needs are met. Your supervisor will schedule your meal period to accommodate operating requirements. During meal periods, you are not subject to any work responsibilities or restrictions. You will not be paid for meal period time. Food is to be consumed in designated areas only.

**Overtime**

There may be times when WC&D cannot meet its operating requirements or other needs during regular working hours. If this happens, we may give employees the opportunity to work overtime.

It is our policy that no overtime can be worked without the approval and authorization of the supervisor. We try to distribute overtime assignments fairly among all employees who are qualified to perform the required work.

Nonexempt employees will receive overtime pay in accordance with the federal and state wage and hour laws. Overtime pay is based on the actual hours worked. For this reason, time off for sick leave, vacation, and other paid or unpaid leaves of absence is not counted as hours worked when calculating overtime pay.

If you do not work scheduled overtime or if you work overtime without first getting your supervisor's approval, you may be subject to disciplinary action, up to and including possible termination of employment.

**Use of Equipment, Tools, and Vehicles**

Equipment, tools, and vehicles essential in accomplishing your job duties are expensive and may be difficult to replace. When you use WC&D property, you should be careful, perform required maintenance, and follow all operating instructions, safety standards, and guidelines.

Tell your supervisor if any equipment, machines, tools, or vehicles appear to be damaged, defective, or in need of repair. When you promptly report damages, defects, and the need for repairs, you can prevent deterioration of equipment and possible injury to employees or other people.

See your supervisor if you have questions about your responsibility for maintenance and care of equipment or vehicles you use on the job.

The improper, careless, negligent, destructive, or unsafe use or operation of equipment or vehicles, as well as excessive or avoidable traffic and parking violations, may result in disciplinary action, up to and including termination of employment.

Drivers are not allowed to have passengers unless it is work related. Drivers shall not allow any person to ride on fenders, tailgates, bumpers or in any other hazardous location of the vehicles.

Reporting Vehicle Accidents:

* If you hit a parked car, stationary object or obstacle, try to locate the owner.
* If you cannot locate the owner, leave a note in a conspicuous place on the vehicle listing your name and address, the company name, and a brief description of the accident.
* Contact a police office to check the damage and file a report.
* Report all accidents, thefts, vandalism and damage to your supervisor.

Designers are to provide their own hand tools. These should be clearly marked with your name and in your own case. The company is not responsible for lost or missing hand tools. Any equipment provided is the responsibility of the employee, i.e., pagers, telephones, headsets, sales books, and training manuals. Some tools are provided on a one-time basis. Replacements will need to be purchased by the employee. Any questions regarding this policy should be directed to your supervisor.

**Visitors in the Workplace**

Only visitors who are properly authorized may be on WC&D premises. This helps to maintain safety standards, safeguard employee and customer welfare, protect our property and facilities, guard confidential information against theft, and reduce potential distractions and disturbances.

Because of safety and security reasons, we ask that you discourage family and friends from visiting you at work. If you do have a visitor, we will ask you to meet that person outside of your work area.

All visitors should enter WC&D at the main entrance. If you have visitors, you are responsible for their conduct and to watch out for their safety.

If you see an unauthorized person at work, notify your supervisor immediately or direct the person to the main entrance.

**Computer and Email Usage**

To help you do your job, WC&D may give you access to computers, computer files, the email system, and software. You should not use a password, access a file, or retrieve any stored communication without authorization. To make sure that all employees follow this policy, we may monitor computer and email usage.

We try hard to have a workplace that is free of harassment and sensitive to the diversity of our employees. Therefore, we do not allow employees to use computers and email in ways that are disruptive, offensive to others, or harmful to morale.

At WC&D you may not display, download, or email sexually explicit images, messages, and cartoons. You also may not use computers and email for ethnic slurs, racial comments, off-color jokes, or anything that another person might take as harassment or disrespect.

You may not use email to ask other people to contribute to or to tell them about businesses outside of WC&D, religious or political causes, outside organizations, or any other non-business matters.

WC&D buys and licenses computer software for business purposes. We do not own the copyright to this software or its documentation. Unless the software developer authorizes us, we do not have the right to use the software on more than one computer.

You may only use software on local area networks or on multiple machines according to the software license agreement. WC&D prohibits the illegal duplication of software and its documentation.

If you know about any violations to this policy, notify your supervisor, the President or any member of management. Employees who violate this policy are subject to disciplinary action, up to and including termination of employment.

**Internet Usage**

WC&D may provide you with Internet access to help you do your job. This policy explains our guidelines for using the Internet. Internet usage is intended for job-related activities but you may use it for personal use if you get authorization first.

All Internet data that is written, sent, or received through our computer systems is part of official WC&D records. That means that we can be legally required to show that information to law enforcement or other parties. Therefore, you should always make sure that the business information contained in Internet email messages and other transmissions is accurate, appropriate, ethical, and legal.

The equipment, services, and technology that you use to access the Internet are the property of WC&D. Therefore, we reserve the right to monitor how you use the Internet. We also reserve the right to find and read any data that you write, send, or receive through our online connections or is stored in our computer systems.

You may not write, send, read, or receive data through the Internet that contains content that could be considered discriminatory, offensive, obscene, threatening, harassing, intimidating, or disruptive to any employee or other person.

Examples of unacceptable content include (but are not limited to) sexual comments or images, racial slurs, gender-specific comments, or other comments or images that could reasonably offend someone on the basis of race, age, sex, religious or political beliefs, national origin, disability, sexual orientation, or any other characteristic protected by law.

WC&D does not allow the unauthorized use, installation, copying, or distribution of copyrighted, trademarked, or patented material on the Internet. As a general rule, if you did not create the material, do not own the rights to it, or have not received authorization for its use, you may not put the material on the Internet. You are also responsible for making sure that anyone who sends you material over the Internet has the appropriate distribution rights.

To protect against computer viruses, you may not download a file from the Internet without getting authorization in advance.

If you use the Internet in a way that violates the law or WC&D policies, you will be subject to disciplinary action, up to and including termination of employment. You may also be held personally liable for violating this policy.

The following are some examples of prohibited activities that violate this Internet policy:

* Sending or posting discriminatory, harassing, or threatening messages or images
* Using the organization's time and resources for personal gain
* Stealing, using, or disclosing someone else's code or password without authorization
* Copying, pirating, or downloading software and electronic files without permission
* Sending or posting confidential material, trade secrets, or proprietary information outside of the organization
* Violating copyright law
* Failing to observe licensing agreements
* Engaging in unauthorized transactions that may incur a cost to the organization or initiate unwanted Internet services and transmissions
* Sending or posting messages or material that could damage the organization's image or reputation
* Participating in the viewing or exchange of pornography or obscene materials
* Sending or posting messages that defame or slander other individuals
* Attempting to break into the computer system of another organization or person
* Refusing to cooperate with a security investigation
* Sending or posting chain letters, solicitations, or advertisements not related to business purposes or activities
* Using the Internet for political causes or activities, religious activities, or any sort of gambling
* Jeopardizing the security of the organization's electronic communications systems
* Sending or posting messages that disparage another organization's products or services
* Passing off personal views as representing those of the organization
* Sending anonymous email messages
* Engaging in any other illegal activities

**Social Media**

At WC&D, we understand that social media can be a fun and rewarding way to share your life and opinions with family, friends and co-workers around the world. However, use of social media also presents certain risks and carries with it certain responsibilities. To assist you in making responsible decisions about your use of social media, we have established these guidelines for appropriate use of social media.

**Guidelines**

In the rapidly expanding world of electronic communication, social media can mean many things. Social media includes all means of communicating or posting information or content of any sort on the Internet, including to your own or someone else's web log or blog, journal or diary, personal website, social networking or affinity Web site, Web bulletin board or a chat

room, whether or not associated or affiliated with WC&D, as well as any other form of electronic communication.

The same principles and guidelines found in WC&D policies and three basic beliefs apply to your activities online. Ultimately, you are solely responsible for what you post online. Before creating online content, consider some of the risks and rewards that are involved. Keep in mind that any of your conduct that adversely affects your job performance, the performance of fellow employees or otherwise adversely affects customers and suppliers may result in disciplinary action up to and including termination.

**Know and follow the rules**
Carefully read these guidelines, the Business Ethics and Conduct Policy, the Non-Disclosure Policy and the Sexual and Other Unlawful Harassment Policy, and ensure your postings are consistent with these policies. Inappropriate postings that may include discriminatory remarks, harassment, and threats of violence or similar inappropriate or unlawful conduct will not be tolerated and may subject you to disciplinary action up to and including termination.

**Be respectful**
Always be fair and courteous to fellow employees, customers, and suppliers. Also, keep in mind that you are more likely to resolve work–related complaints by speaking directly with your co-workers or by utilizing our Problem Resolution Policy than by posting complaints to a social media outlet. Nevertheless, if you decide to post complaints or criticism, avoid using statements, photographs, video or audio that reasonably could be viewed as malicious, obscene, threatening or intimidating, that disparage customers, employees, or suppliers, or that might constitute harassment or bullying. Examples of such conduct might include offensive posts meant to intentionally harm someone's reputation or posts that could contribute to a hostile work environment on the basis of race, sex, disability, religion or any other status protected by law or company policy.

**Be honest and accurate**
Make sure you are always honest and accurate when posting information or news, and if you make a mistake, correct it quickly. Be open about any previous posts you have altered. Remember that the Internet archives almost everything; therefore, even deleted postings can be searched. Never post any information or rumors that you know to be false about WC&D, employees, customers, suppliers, or competitors.

**Post only appropriate and respectful content**
• Maintain the confidentiality of WC&D trade secrets and private or confidential information. Trades secrets may include information regarding the development of systems, processes, products, know-how and technology. Do not post internal reports, policies, procedures or other internal business-related confidential communications.

• Respect financial disclosure laws. It is illegal to communicate or give a "tip" on inside information to others so that they may buy or sell stocks or securities. Such online conduct may

also violate the Insider Trading Policy.

• Do not create a link from your blog, website or other social networking site to a WC&D website without identifying yourself as an employee.

• Express only your personal opinions. Never represent yourself as a spokesperson for WC&D. If WC&D is a subject of the content you are creating, be clear and open about the fact that you are an employee and make it clear that your views do not represent those of WC&D, fellow employees, customers, or suppliers. If you do publish a blog or post online related to the work you do or subjects associated with WC&D, make it clear that you are not speaking on behalf of WC&D. It is best to include a disclaimer such as "The postings on this site are my own and do not necessarily reflect the views of Walter Knoll Florist."

**Using social media at work**
Refrain from using social media while on work time or on equipment we provide, unless it is work-related as authorized by your manager or consistent with the Internet Usage Policy. Do not use WC&D email addresses to register on social networks, blogs or other online tools utilized for personal use.

**Retaliation is prohibited**
WC&D prohibits taking negative action against any employee for reporting a possible deviation from this policy or for cooperating in an investigation. Any employee who retaliates against another associate for reporting a possible deviation from this policy or for cooperating in an investigation will be subject to disciplinary action, up to and including termination.

**Media contacts**
Employees should not speak to the media on WC&D's behalf without contacting the President. All media inquiries should be directed to the President or his/her designee.

**For more information**
If you have questions or need further guidance, please contact your HR representative.

**Workplace Monitoring**

WC&D may conduct workplace monitoring to help ensure quality control, employee safety, security, and customer satisfaction.

Employees who regularly communicate with customers may have their telephone conversations monitored or recorded. Telephone monitoring helps us to identify training needs and performance problems.

All computer equipment, services, or technology that we furnish you are the property of WC&D. We reserve the right to monitor computer activities and data that is stored in our computer

systems. We also reserve the right to find and read any data that you write, send, or receive by computer.

We may perform video surveillance of non-private workplace areas. We use video monitoring to identify safety concerns, maintain quality control, detect theft and misconduct, and discourage and prevent harassment and workplace violence.

You may ask to see information about you that was gathered by workplace monitoring if it might impact employment decisions. We will give you access unless there is an ongoing investigation or a legitimate business reason to protect confidentiality.

Because we are sensitive to employees' legitimate privacy rights, we will make every effort to guarantee that workplace monitoring is always done ethically and with respect.

**Telecommuting**

WC&D may offer telecommuting to some employees when we believe it would benefit both the COMPANY and the employee. Telecommuting is the practice of working at home or at a place closer to home instead of physically traveling to a central workplace. This policy outlines our policy related to telecommuting arrangements.

If you think that telecommuting would improve your ability to get your job done, submit a written request to your supervisor. The request should explain how you think telecommuting would be good for both WC&D and you. Your request should explain how you would be accountable and responsible, what equipment is necessary, and how communication barriers would be overcome.

When we decide if we will approve a telecommuting request, we look at factors such as position and job duties, performance history, related work skills, and the impact on the COMPANY.

Your compensation, benefits, work status, work responsibilities, and the amount of time you are expected to work each day or each pay period will stay the same as before you started telecommuting (unless changes are agreed upon in writing).

You and your supervisor must agree upon your schedule. If there is no written agreement about your schedule, you will work the same schedule as you did before you started telecommuting. You cannot change your schedule until your supervisor approves the change.

During working hours, your at-home workspace will be considered an extension of our workspace. Therefore, workers' compensation benefits may be available for any job-related accident that happens in your at-home workspace during working hours. We will investigate all job-related accidents immediately.

WC&D has no responsibility for an injury that happens in your at-home workspace outside of

the agreed-upon work hours. You must also agree to maintain safe conditions in your at-home workspace. You are expected to follow the same safety habits as if you were working at the WC&D location.

If an injury happens while working at home, you must immediately report it to the President for instructions on getting medical treatment.

Telecommuting is an alternative method for meeting the business needs of WC&D. It is not a universal employee benefit. We have the right to refuse to make telecommuting available to an employee. We also may terminate an existing telecommuting arrangement at any time.

**Workplace Violence Prevention**

We are committed to preventing workplace violence and making WC&D a safe place to work. This policy explains our guidelines for dealing with intimidation, harassment, violent acts, or threats of violence that might occur during business hours or on our premises at any time.

You are expected to treat your co-workers, including supervisors and temporary employees, with courtesy and respect at all times. You should not fight, play tricks on others, or behave in any way that might be dangerous to other people. We do not allow firearms, weapons, and other dangerous or hazardous devices and substances on the premises of WC&D without proper authorization.

WC&D does not allow behavior at any time that threatens, intimidates, bullies, or coerces another employee, a customer, or a member of the public. This includes off-duty periods. We do not permit any act of harassment, including harassment that is based on an individual's sex, race, age, or any characteristic protected by federal, state, or local law.

You should immediately report a threat of violence or an act of violence by anyone to your supervisor or another member of management. If you report a threat of violence, give every detail you can.

Be sure to immediately report any suspicious person or activities to a supervisor. Do not place yourself in danger. If you see or hear trouble or a disturbance near your work area, do not try to see what is happening or try to stop it.

We will promptly and completely investigate all reports of violent acts or threats of violence. We will also promptly and completely investigate all suspicious people and activities. We will protect the identity of a person who makes a report when practical. Until we have investigated a report, we may suspend an employee, either with or without pay, if we think it is necessary for safety reasons or to do the investigation.

If you commit a violent act, threaten violence, or violate these guidelines in another way, you will be subject to disciplinary action, up to and including termination of employment.

If you are having a dispute with another employee, we encourage you to talk it over with your supervisor or the President. WC&D wants to help you work out problems before they become more serious and possibly violent. We will not discipline you for bringing these types of problems to our attention.

**Cell Phone Usage**

We provide cell phones to some employees for business use. WC&D cell phones may not be used for personal calls. Sometimes we may check cell phone bills to make sure this policy is being followed.

WC&D prohibits employees using cell phones for business while they are driving. If you are driving and need to use a cell phone, you should pull off the road and stop before you place a call or talk on the phone.

And when using a cell phone, please remember to keep your conversations private and quiet.

**Family Medical Leave Act**

WC&D provides unpaid family leaves of absence to eligible employees who need to take time off from work duties to meet family obligations that are directly related to childbirth, adoption, or placement of a foster child. Family leave may also be requested to care for a child, spouse, or parent with a serious health condition. A serious health condition is an illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility. A serious health condition can also include continuing treatment by a health care provider.

Employees in the following employment classifications are eligible to request family leave:

* Regular full-time employees

Eligible employees may request family leave under the Family Medical Leave Act once they have completed one full year of service with at least 1250 hours worked in the previous 12 months. If you think you will need a family leave, give your request to your supervisor at least 30 days in advance of the date the leave would start. This will help us plan for your possible absence. If it is an unexpected situation, make your request as soon as possible.

If you request family leave due to the serious health condition of a child, spouse, or parent, you may be required to submit a health care provider's statement verifying the need for a family leave, the start and expected end dates, and the estimated time required.

An eligible employee may request up to a maximum of 12 weeks of family leave within any 12

month period. The 12 week maximum applies to any combination of both family leave and medical leave during any 12 month period. Before beginning an unpaid family leave, you must first use any available paid leave you may have, such as vacation or sick benefits.

An eligible employee who is the spouse, son, daughter, parent, or next of kin of a covered service member who is recovering from a serious illness or injury sustained in the line of duty on active duty is entitled to up to 26 weeks of leave in a single 12-month period to care for the service member. This provision became effective immediately upon enactment. This military caregiver leave is available during "a single 12-month period" during which an eligible employee is entitled to a combined total of 26 weeks of all types of FMLA leave.

For more information regarding leave under the Family Medical Leave Act, please contact the Benefits Department at Employer Advantage.

**Military Leave**

WC&D will grant a military leave of absence if you are absent from work because you are serving in the U.S. uniformed services in accordance with the Uniformed Services Employment and Reemployment Rights Act (USERRA). You must give your supervisor advance notice of upcoming military service, unless military necessity prevents advance notice or it is otherwise impossible or unreasonable.

You will not be paid for military leave. However, you may use any available accrued paid time off, such as vacation or sick leave, to help pay for the leave.

Continuation of health insurance benefits is available as required by USERRA based on the length of the leave and subject to the terms, conditions and limitations of the applicable plans for which you are otherwise eligible.

Your benefits, such as vacation, sick leave, or holiday benefits, will not accrue during a military leave. When you return from leave, the benefits will start accruing again.

If you are on military leave for up to 30 days, you must return to work on the first regularly scheduled work period after your service ends (allowing for reasonable travel time). If you are on military leave for more than 30 days, you must apply for reinstatement in accordance with USERRA and applicable state laws.

When you return from military leave (depending on the length of your military service in accordance with USERRA), you will be placed either in the position you would have attained if you had stayed continuously employed or in a comparable position. For the purpose of determining benefits that are based on length of service, you will be treated as if you had been continuously employed.

If you have questions about military leave, contact the Human Resource Department at EA for more information.

**Employee Conduct and Work Rules**

We expect you to follow certain work rules and conduct yourself in ways that protect the interests and safety of all employees and WC&D.

While it is impossible to list every action that is unacceptable conduct, the following lists some examples. Employees who break work rules such as these may be subject to disciplinary action, up to and including termination of employment:

* Theft or inappropriate removal or possession of property
* Falsification of timekeeping records
* Working under the influence of alcohol or illegal drugs
* Possession, distribution, sale, transfer, or use of alcohol or illegal drugs in the workplace, while on duty, or while operating employer-owned vehicles or equipment
* Fighting or threatening violence in the workplace
* Boisterous or disruptive activity in the workplace
* Negligence or improper conduct leading to damage of employer-owned or customer-owned property
* Insubordination or other disrespectful conduct
* Violation of safety or health rules
* Smoking in prohibited areas
* Sexual or other unlawful or unwelcome harassment
* Possession of dangerous or unauthorized materials, such as explosives or firearms, in the workplace
* Excessive absenteeism or any absence without notice
* Unauthorized absence from workstation during the workday
* Unauthorized use of telephones, mail system, or other employer-owned equipment
* Unauthorized disclosure of business "secrets" or confidential information
* Violation of personnel policies
* Unsatisfactory performance or conduct

Since your employment with WC&D is voluntary and at will, you may terminate your employment at any time you want, with or without cause or advance notice. Likewise, WC&D may terminate your employment at any time, with or without cause or advance notice.

**Drug and Alcohol Use**

WC&D is committed to being a drug-free, healthful, and safe workplace. You are required to come to work in a mental and physical condition that will allow you to perform your job satisfactorily.

WC&D employees may not use, possess, distribute, sell, or be under the influence of alcohol or illegal drugs while on WC&D premises or while conducting any business-related activity away from WC&D premises. You may use legally prescribed drugs on the job only if they do not impair your ability to perform the essential functions of your job effectively and safely without endangering yourself or others.

If you violate this policy, it may lead to disciplinary action, up to and including immediate termination of your employment. If you violate this policy, there could also be legal consequences.

Under the Drug-Free Workplace Act, if you perform work for a government contract or grant, you must notify WC&D if you have a criminal conviction for drug-related activity that happened at work. You must make the report within five days of the conviction.

If you have questions about this policy or issues related to drug or alcohol use at work, you can raise your concerns with your supervisor or the President without fear of reprisal.

**Sexual and Other Unlawful Harassment**

WC&D is committed to providing a work environment that is free from all forms of discrimination and conduct that can be considered harassing, coercive, or disruptive, including sexual harassment. WC&D will not tolerate any actions, words, jokes, or comments based on a person's sex, race, color, national origin, age, religion, disability, or any other legally protected characteristic. WC&D provides ongoing sexual harassment training to ensure you the opportunity to work in an environment free of sexual and other unlawful harassment.

Sexual harassment is defined as unwanted sexual advances, or visual, verbal, or physical conduct of a sexual nature. This definition includes many forms of offensive behavior and includes gender-based harassment of a person of the same sex as the harasser. The following is a partial list of sexual harassment examples:

* Unwanted sexual advances.

* Offering employment benefits in exchange for sexual favors.

* Making or threatening reprisals after a negative response to sexual advances.

* Visual conduct that includes leering, making sexual gestures, or displaying of sexually suggestive objects or pictures, cartoons or posters.

* Verbal conduct that includes making or using derogatory comments, epithets, slurs, or jokes.

* Verbal sexual advances or propositions.

* Verbal abuse of a sexual nature, graphic verbal commentaries about an individual's body, sexually degrading words used to describe an individual, or suggestive or obscene letters, notes, or invitations.

* Physical conduct that includes touching, assaulting, or impeding or blocking movements.

Unwelcome sexual advances (either verbal or physical), requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when: (1) submission to such conduct is made either explicitly or implicitly a term or condition of employment; (2) submission or rejection of the conduct is used as a basis for making employment decisions; or, (3) the conduct has the purpose or effect of interfering with work performance or creating an intimidating, hostile, or offensive work environment.

If you experience or witness sexual or other unlawful harassment at work, report it immediately to your supervisor. If your supervisor is unavailable or you believe it would be inappropriate to discuss it with your supervisor, you should immediately contact the Human Resource Department or any other member of management. There will not be punishment or reprisal if you report sexual harassment or ask questions or raise concerns about it.

All allegations of sexual harassment will be quickly and discreetly investigated. To the extent possible, your confidentiality and the confidentiality of any witnesses and the alleged harasser will be protected against unnecessary disclosure. When the investigation is completed, you will be informed of the outcome of the investigation.

Any supervisor or manager who becomes aware of possible sexual or other unlawful harassment must immediately advise the Human Resource Department or any member of management so it can be investigated in a timely and confidential manner. Any employee who engages in sexual or other unlawful harassment will be subject to disciplinary action, up to and including termination of employment.

**Attendance and Punctuality**

We expect WC&D employees to be reliable and punctual. You should report for work on time and as scheduled. If you cannot come to work or you will be late for any reason, you must notify your supervisor as soon as possible. You are required to call in for yourself and speak with your supervisor directly. It is not acceptable for someone else to call in for you or to leave a voicemail message reporting your absence or tardy. You must call in each day you are absent. If we do not hear from you for 2 days you will be considered a no call, no show and considered to have abandoned your job.

Unplanned absences can disrupt work, inconvenience other employees, and affect productivity.

If you have a poor attendance record or excessive lateness, you may be subject to disciplinary action, up to and including termination of employment.

When you report to work following an absence you are required to fill out an "Absence Report" form for each day you were absent. You are also required to fill out a "Tardy/Early/Quit Report" for each instance you report to work late or quit working before the end of your shift.

**Severe Weather**

Due to the nature of our business, it is necessary for us to be fully staffed even during severe weather. If you are absent due to the weather, you will not be paid. You will be allowed to substitute vacation, if applicable.

**Personal Appearance**

Personal appearance means how you dress, how neat you are, and your personal cleanliness standards. Your personal appearance can influence what customers and visitors think about WC&D. Personal appearance can also impact the morale of your co-workers.

During business hours or whenever you represent WC&D, you should be clean, well groomed, and wear appropriate clothes. This is particularly important if your job involves dealing with customers or visitors in person. All employees are required to wear their company provided name tag.

Between May 15th and September 15th shorts of acceptable length may be worn with prior supervisor approval.

All salespersons, designers, and neighborhood store employees are to wear an approved uniform. An annual allowance is given to help with the cost of the uniforms. Please see the policy below or your supervisor for details regarding the allowance amount you can expect to receive. Costs above the allowance amount are deducted from the employee's paycheck.

Plant Technicians and Drivers are required to wear uniforms as well.

If your supervisor finds that your personal appearance is inappropriate, you will be asked to leave work and return properly dressed and groomed. If you are asked to leave, you will not be paid for the time you are away from work. See your supervisor if you are not sure about the correct clothing standards for your job.

Where necessary, WC&D may make a reasonable accommodation to this policy for a person with a disability.

The following examples should help you understand the WC&D personal appearance guidelines:

* Shoes must provide safe, secure footing, and offer protection against hazards. Sandals and open-toed shoes are not permitted.
* Tank tops, tube or halter tops, spandex (tight fitting) pants or short shorts may not be worn under any circumstances.
* Offensive body odor and poor personal hygiene is not acceptable.

**Uniform Allowance Guidelines**

All WC&D employees are required to be in uniform every day. New employees will be expected to be in compliance with the uniform policy within a reasonable amount of time following their hire date. Uniform needs vary depending on the job that is being performed.

General guidelines include:

Drivers & technicians (employees working off campus) allowance given is up to $200.00 per year based on full-time status.

A part-time delivery driver/technician:
2-day a week worker is allowed $80 per year
3-day a week worker is allowed $120 per year
4-day a week worker is allowed $160 per year

Managers and full-time employees (employees working on campus) allowance given is up to $100.00 per year.

A part-time employee:
2-day a week worker is allowed $40 per year
3-day a week worker is allowed $60 per year
4-day a week worker is allowed $80 per year

Once the allowance is exhausted you are responsible for paying for any further items you need. Allowance may be used for the following:

Walter Knoll coats (two coats required for outdoor workers, one heavy, one light)
Walter Knoll shirts
Walter Knoll aprons (optional)
Khaki pants and/or black pants
Walter Knoll badges (first one no cost)
Walter Knoll hat (optional)

Uniform costs are reimbursed up to the allowance amount. If your uniform costs exceed the allowance it will be deducted from your wages through payroll deduction. There is no carryover on the uniform allowance amount. Employees are not eligible for the uniform allowance until they have successfully completed the 90 day introductory period.

**Return of Property**

WC&D may loan you property, materials or written information to help you do your job. You are responsible for protecting and controlling any property we loan you.

If you stop working at WC&D, you must return all WC&D property immediately.

If you do not return our property and if the law allows, we may take money from your regular or final paycheck to cover the cost. We may also take legal action to get back our property.

**Resignation**

Resignation means that you voluntarily terminate your employment at WC&D. If you decide to resign, we would like you to tell us in writing at least 2 weeks before the date you will leave. Although advance notice is not required, you will be helping your co-workers because there will be more time to reassign work and replace you if necessary.

Before an employee leaves, we schedule an exit interview. The exit interview helps us to understand why the employee is resigning. We can also talk about the changes to your benefits.

**Security Inspections**

WC&D wants to have a work environment that is free of illegal drugs, alcohol, firearms, explosives, or other improper materials. We prohibit the possession, transfer, sale, or use of these materials on our premises.

We may provide you with desks, lockers, and other storage devices for your convenience but these are always the sole property of WC&D. Because they are our property, we may allow our representative or authorized agents to inspect them at any time, either with or without advance notice to you. We may also inspect any items that we find inside them.

We also want to discourage theft and the unauthorized possession of property that belongs to our employees, WC&D, visitors, and customers. To help enforce this policy, we may require inspection of employees and other persons who enter or exit our premises as well as any packages or other belongings they carry with them. If you wish to avoid having your belongings inspected, the best thing is to not bring them to work.

**Solicitation**

WC&D does not allow people who are not employees to solicit or distribute literature in the

workplace at any time for any reason.

We realize that many employees participate in events and organizations outside work. However, during working time, employees may not solicit for these activities or distribute information about them. Working time does not include lunch periods, work breaks, or any time when you are scheduled to be working.

We also limit what types of information are posted on our bulletin boards. We display information on WC&D bulletin boards that we think is important to employees such as:

* Employee announcements
* Internal memoranda
* Job openings
* Organization announcements
* Payday notice
* Workers' compensation insurance information
* State disability insurance/unemployment insurance information

If you want to post something on a bulletin board, first give it to the President for approval. If it is approved, the President will then post your message.

**Drug Testing**

We are committed to making WC&D a safe, efficient, and productive work environment for all employees. There can be serious safety and health risks if an employee uses or is under the influence of drugs or alcohol on the job. We may ask employees to provide body substance samples, such as urine and/or blood. We will use the samples to check for the illegal or illicit use of drugs and alcohol. If you refuse to be tested for drugs, you may be subject to disciplinary action, up to and including termination of employment.

We will provide copies of the drug testing policy to all employees. If you have questions about our drug testing policy or its administration, contact the President.

**Progressive Discipline**

This policy describes the policy for administering fair and consistent discipline for unsatisfactory conduct at WC&D.

We believe it is important to make sure that all employees are treated fairly and that disciplinary actions are prompt, consistent, and impartial. The major purpose of a disciplinary action is to correct the problem, prevent it from happening again, and prepare the employee for satisfactory performance in the future.

Although your employment is based on mutual consent and both you and WC&D have the right to terminate employment at will, with or without cause or advance notice, WC&D may use progressive discipline at its discretion.

Disciplinary action may be any of the following four steps:
1. verbal warning
2. written warning
3. suspension with or without pay
4. termination of employment.

We will look at how severe the problem is and how often it has happened when deciding which step to take. There may be circumstances when one or more steps are bypassed.

In very serious situations, some types of employee problems may justify either a suspension, or, in extreme situations, termination of employment, without going through the usual progressive discipline steps.

You should also look at the Employee Conduct and Work Rules policy in this handbook. That policy lists examples of unacceptable conduct that might result in immediate suspension or termination of employment. However, some of the examples of unsatisfactory conduct listed may result in the progressive discipline process described above instead of immediate suspension or termination.

By using progressive discipline, we hope that most employee problems can be corrected at an early stage, benefiting both the employee and WC&D.

**Problem Resolution**

WC&D encourages an open and frank atmosphere in which any problem, complaint, suggestion, or question receives a timely response from WC&D supervisors and management.

WC&D tries hard to ensure fair and honest treatment of all employees. We expect supervisors, managers, and employees to treat each other with mutual respect. We encourage employees to give positive and constructive criticism to each other.

Not every problem can be resolved to everyone's total satisfaction. However, we believe that honest discussion and listening to each other will build confidence between employees and management and help make WC&D a better place to work.

**Workplace Etiquette**

WC&D can be a better place to work when all employees show respect and courtesy to each other. Sometimes there are problems when employees do not realize that they are bothering or

annoying other people. If this happens to you, you should first try to solve the problem by politely telling your co-worker what is bothering you.

In most cases, if you use common sense, the problem can be fixed. We encourage you to keep an open mind. If another employee tells you about something that you are doing that makes it hard for that person to work, try to understand the other person's point of view.

* Clean up after yourself and do not leave behind waste or discarded papers.

**Life-Threatening Illnesses in the Workplace**

Employees with life-threatening illnesses, such as cancer, heart disease, and AIDS, often wish to continue their normal lives, including work, to the degree that they can. WC&D wants to help these employees to work as long as they continue meeting acceptable performance standards.

As in the case of other disabilities, we will make reasonable accommodations in accordance with all legal requirements to allow qualified employees with life-threatening illnesses to perform the essential functions of their jobs.

Medical information on any employee is confidential. WC&D will take reasonable precautions to protect medical information from inappropriate disclosure. Managers and other employees have a responsibility to respect and maintain the confidentiality of employee medical information. Anyone inappropriately disclosing medical information is subject to disciplinary action, up to and including termination of employment.

If you have questions or concerns about life-threatening illnesses, you should contact the President for information and referral to appropriate services and resources.

The Following are special notes of employee responsibilities

## CARDHOLDER DATA SECURITY POLICY

The following set of guidelines must be followed by every employee when working Cardholder Data (the full credit card number and expiration date):

1. Employees must treat Cardholder Data as highly confidential and exercise caution when working with this information.
2. Employees must label any material that contains Cardholder Data as "Confidential".
3. Employees must shred all printouts that include Cardholder Data when finished working with them.
4. Employees must store all printouts that include Cardholder Data in a locked drawer or cabinet.
5. Employees are prohibited from removing any Cardholder Data from the premises in any format including verbal, printed, or electronic format or transmission (including email between locations).
6. Employees are prohibited from copying / storing any files that contain Cardholder Data to any portable data storage device (cd-rom, external hard drive, etc.).
7. If employees are required to electronically store Cardholder Data for authorized use, they must store it on the secured confidential data drive.
8. Employees must delete any stored Cardholder Data as soon as reasonably practicable following any authorized use.
9. Employees are required to report any violations of the foregoing to their supervisor immediately.
10. Violations of any of the aforementioned policies may result in termination and / or prosecution under Federal and State laws.
11. Employees are NEVER to write down or record the CVV2 number of a client credit card other than in the computer system while taking the payment.

---

I have read and understand the foregoing and agree to comply with this policy.

______________________________ ______________________

Employee Signature Date

______________________________

Employee Name (please print)

**TALENT RELEASE**

Date______________

I hereby authorize and give full consent to W.C. & D Enterprises (Walter Knoll Florist) to copyright, publish and display all photographs, video or voice recordings or any part thereof taken by them in which I, __________________________________, or my voice or talents appear as an employee or duties pertaining to my duties as an employee. It is further agreed that W.C. & D Enterprises may use or cause to be used said photographs or recordings for any and all exhibitions, public displays, publications, commercial art, talent display and advertising purposes without limitations or reservation or any compensation.

Signed___________________________________________________

Address__________________________________________________

City & State _____________________________________________

Parent or Guardian________________________________________
(For Minors)

Witnessed________________________________________________

**VEHICLE OPERATIONS**

All WKF personnel are covered by vehicle insurance to drive company owned vehicles
It is up to Each Employee to have the proper Driver's License.

1. Only operate equipment that you are conformable with. Forklift and other specialized equipment may only be used by company approved personnel.
2. All drivers must have a valid driver's license required by law. If driving is part of your normal job you need a commercial rated license.
3. Prior to moving any WKF vehicles you need have a safety check done. (The steps are posted on the Walls at both Arnold and Florist Row locations)
4. No backing up any vehicles without either a spotter (WKF person behind the vehicles) or a complete walk around the vehicles just prior to moving.
5. All Vehicles must be signed out on the log sheet. If this is not part of your normal job have a driver or dispatcher aid in this. No just taking the keys.
6. All merchandise must be account for and secured for safe arrival.
7. Before leaving, check the fuel levels if you are not authorized to purchase fuel.
8. No Breaking of any laws allowed in the vehicles. (Speeding or Parking as examples.)
9. No smoking in any vehicles or within 15' or at any client locations. (All Smoke break must employees must be clock out)
10. No picking up or giving rides to any non-business individuals. This also applies to family members.
11. If you are involved in an accident, report it as soon as possible to a supervisor. If possible do not move the vehicles and get all pertinent information and pictures.

EMPLOYEE'S NAME (printed): ______________________________________________

EMPLOYEE'S SIGNATURE: ________________________________________________

DATE: _________________________________

**EMPLOYEE ACKNOWLEDGMENT FORM**

I acknowledge receipt of the Employee Handbook.

As a condition of my employment, I agree to read and abide by the rules and policies of this handbook. I understand that my employer reserves the right to make changes to this booklet, and such changes will be communicated to employees within a reasonable time period. I agree to report any and all work-related injuries and illnesses, as well as dangerous working conditions, to my on-site supervisor. I also agree to report the same to the Risk Management Department of W.C.& D Enterprises. I understand that a drug screen test will be performed if I have an on-the-job company injury or illness, if the injury cannot be explained under normal conditions or expectations. A positive drug screen test may result in disciplinary action up to and including termination. I agree to provide, in writing, any changes in address, phone number, marital status, or name to W.C. & D Enterprises within thirty (30) days of that change. I understand that failure to do so may result in delaying the receipt of my W-2 forms at the end of the year, as well as other employee processing delays.

EMPLOYEE'S NAME (printed): ______________________________________________

EMPLOYEE'S SIGNATURE: _________________________________________________

DATE: __________________________________