WKF.COM Walter Knoll Florist We Know Flowers

**Chuck Knoll <chuck@walterknoll.com>**

## Fwd: Angela Sabatino

1 message

**Chuck Knoll** <chuck@walterknoll.com> Mon, Feb 26, 2024 at 9:52 AM
To: Bob Younger <younger@mcmahonberger.com>

Hi Bob,
The latest update
Today Before I sent the e-mail from you I got her resignation letter.
There are several inaccuracies in it. But that is for a later date I am sure

My wife "Tammy" did send back an acknowledgment that she read it
and I will do the Termantions (Resignations) on the Payroll side.

Thanks, Chuck

---------- Forwarded message ---------
From: **Tammy Knoll** <tammy@wkf.com>
Date: Mon, Feb 26, 2024 at 9:45 AM
Subject: Fwd: Angela Sabatino
To: Chuck Knoll <chuck@walterknoll.com>

---------- Forwarded message ---------
From: **Tammy Knoll** <tammy@wkf.com>
Date: Mon, Feb 26, 2024, 9:44 AM
Subject: Re: Angela Sabatino
To: Angela Sabatino <sabatino0082@gmail.com>

Hi Angela thank you for your email and I want to acknowledge receipt of your email and your feelings. Tammy

On Mon, Feb 26, 2024, 7:55 AM Angela Sabatino <sabatino0082@gmail.com> wrote:

> On Mon, Feb 26, 2024 at 7:47 AM Angela Sabatino <sabatino0082@gmail.com> wrote:
>
> > February 26, 2024
> >
> > Dear Chuck:
> >
> > I am sad and anxious that I have to submit this resignation letter because of my health when I don't know where I will be able to work next. David's actions have made me uncomfortable and have significantly impacted my productivity and work environment. The anxiety I am experiencing about returning to work is just overwhelming.
> >
> > I had hoped that bringing forward my complaint about David's sexual harassment would instigate a proper investigation and prompt remedial action by the company. Instead, I had my job conditions changed and was told I had to carry around a notebook and document all the work I did each day. The outside company that does HR work for Walter Knoll has not contacted me about my complaint as you said would happen. They sent me FMLA forms! I complained about sexual harassment and want to work in an environment without sexual innuendo. I looked today at my payroll and David is still listed as my supervisor.

WKF - 000377

> I have no confidence that the company is going to protect me from further retaliation or from David's inappropriate and unwelcome sexual remarks or physical contact like what he did at the Met building with the screw gun.
>
> I believe that no one should have to endure such treatment in the workplace. Even after being forced to confront David and explain his bad behavior in his presence -- which thinking about that now I believe was inappropriate and a way to intimidate me into not standing up for myself like when you said you were going to have to call the police -- there has been no satisfactory resolution or investigation. Simply put, I no longer feel safe returning to work and in consultation with my health care provider, it's in my best interest to resign and remove myself from an unsafe work environment that is causing me significant, debilitating anxiety.
>
> I appreciate the opportunity I had at Walter Knoll, but I cannot continue under these circumstances. I hope that steps will be taken to address this serious matter and prevent it from happening to others in the future.
>
> Respectfully,
>
> Angela Sabatino

--
Chuck Knoll
Walter Knoll Florist
Direct 314 633 8730
To Place an Order 24 Hours A Day

http://www.wkf.com
314.352.7575
1-800.341.7673