AS Angela Rose Sabatino (A27557) | January 22, 2024 - January 28, 2024 | Approved

Time Entry | More Tabs (6)

38.30 hrs Raw Total | 38.30 hrs Calc. Total

| Date | | From | To | Raw Total | Calc. Total | In Date | Piecewor |
|---|---|---|---|---|---|---|---|
| MON Jan 22 | + | | | 0.00 hrs | 0.00 hrs | | |
| TUE Jan 23 | | 08:45 am | 01:30 pm | 4.75 | 4.75 | TUE Jan 23 | 0 |
| | | 02:00 pm | 05:00 pm | 3.00 | 3.00 | TUE Jan 23 | 0 |
| | + | | | 7.75 hrs | 7.75 hrs | | |
| WED Jan 24 | | 08:41 am | 01:31 pm | 4.83 | 4.83 | WED Jan 24 | 0 |
| | | 02:[illegible] pm | 05:41 pm | 3.67 | 3.67 | WED Jan 24 | 0 |
| | + | | | 8.50 hrs | 8.50 hrs | | |
| THU Jan 25 | | 08:17 am | 02:35 pm | 6.30 | 6.30 | THU Jan 25 | 0 |
| | | 03:02 pm | 05:42 pm | 2.67 | 2.67 | THU Jan 25 | 0 |
| | + | | | 8.97 hrs | 8.97 hrs | | |
| FRI Jan 26 | | 08:45 am | e 01:00 pm | 4.25 | 4.25 | FRI Jan 26 | 0 |
| | | e 01:30 pm | 05:15 pm | 3.75 | 3.75 | FRI Jan 26 | 0 |
| | + | | | 8.00 hrs | 8.00 hrs | | |
| SAT Jan 27 | + | | | 0.00 hrs | 0.00 hrs | | |
| SUN Jan 28 | | 08:10 am | 01:15 pm | 5.08 | 5.08 | SUN Jan 28 | 0 |
| | + | | | 5.08 hrs | 5.08 hrs | | |