WKF.COM
Walter Knoll Florist
We Know Flowers

**Chuck Knoll <chuck@walterknoll.com>**

# 6 month review (Requested by Tadd)

1 message

**Chuck Knoll** <chuck@wkf.com> Wed, Jun 14, 2023 at 11:12 PM
To: Angela Sabatino <angelasabatino@rocketmail.com>

Hi Angela,
Tadd stopped by my office to ask that give you a 6-month review - I have talked about how happy has been with your performance and I did adjust your rate by 50 cents or about thousands of dollars a year.

Please keep working with Tadd and be part of the overall success of Walter Knoll Florist

HR / Action / Pay Rate Change — Company: (010818) WALTER KNOLL FLORIST — Help — Action

**Pay Rate Change**

| | | | |
|---|---|---|---|
| Employee | A27557 | SABATINO ANGELA ROSE | |
| Current Employment Status | ACTIVE | | |
| Current Employment Type | FULL-TIME | | |
| Current Pay Period | Weekly | | |
| Current Pay Rate | 16.5000 | Per | Hour |
| Current Annualized Pay | 34,320.00 | | |
| New Pay Rate | 17.0000 | Per | Hour |
| New Standard Hours | 40.00 | Per | Week |
| New Annualized Pay | 35,360.00 | | |
| Auto Pay Time Card | ☐ | | |
| New Auto Time Card Hours | | | |
| Effective Date | 06/12/2023 | | |
| Reason | RAISE | | |

Save Clear

**Pay Rate History**

| Effective Date | Rate of Pay | Per | Annual Pay | Std Hours | Change Percent | Change Amount |
|---|---|---|---|---|---|---|
| 11/22/2022 | 16.5000 | Hour | 34,320.00 | 40.00 | | |

--
**Chuck Knoll**
Walter Knoll Florist
2765 LaSalle Street
Saint Louis, MO 63104
Direct 314 633 8730

WKF.COM
Walter Knoll Florist
We Know Flowers