Phone - 314-950-1269

WKF.COM Walter Knoll Florist We Know Flowers

Tammy Knoll <tammy@walterknoll.com>

## Angela

1 message

**Tammy Knoll** <tammy@wkf.com> Fri, Feb 2, 2024 at 10:17 AM
To: Tammy Knoll <tammy@wkf.com>

Good morning Tammy.
I am going to have to call out of work today and I very sorry. I very rarely call out of work—and only have in the past if it has to do with my son or myself being sick, inclement weather, or need a mental health day. Well, today just seems to be one of those days.
I'm not going to sugarcoat anything here. I am struggling mentally and emotionally.
I drove to work this morning at my usual time(8:00)after I dropped my son off at school.
I would've came in work to tell you what was going on, but I knew you weren't going to be there yet as you said you have to take care of Walter this week and whatnot. You are the only one there that I feel comfortable with talking to about what is going on.
My anxiety is through the roof with everything that happened at work on Tuesday and Wednesday morning. I am EXTREMELY uncomfortable at work since our meeting on Tuesday. I feel like I'm being stared at by owners/bosses. Maybe that's. In my head, idk?? I typically don't have anxiety, but my nerves and emotions are telling me other wise. I turned back around and came home. I am trying to get in to my therapist today because I am just not okay.
I am sorry, but I need today to ((hopefully)) try and pull myself together mentally and emotionally while my son is at school because I can't do so while he's here. I am struggling. It's been extremely hard for me to get through these workdays this week with motivation and a smile on my face and a good attitude. I'm trying my hardest.
I know you said we're not aloud to make up our hours, so I won't even ask if I can do so on Sunday.
I thought I had your number saved in my phone, but I don't…so I texted April to get it and was waiting to hear back from her to call you. Figured I'd just email you since I don't have your number available.

WKF - 000062