WKF.COM Walter Knoll Florist We Know Flowers

**Chuck Knoll <chuck@walterknoll.com>**

# Recap of the meeting notes with Angela Sabatino

1 message

**Chuck Knoll** <chuck@wkf.com> Fri, Feb 2, 2024 at 4:03 PM
To: Angela Sabatino <angelasabatino@rocketmail.com>
Cc: Tammy Knoll <tammy@walterknoll.com>, David Knoll <david@walterknoll.com>

Hi Angela,
Here are my notes from the meeting

Please feel free to reach out if you have any questions or Tammy

Chuck

Chuck's Notes

Notes are rewritten on my notepad at the time of the meeting

Tuesday AM 1/30/2024

I walked into a meeting that was ongoing with

David, Tammy, and Angela

(it was obvious that there was a lot of emotion with Angela Sabatino)

David told me that she wished to log a complaint that David had been sexually harassing her.

David left the meeting and in the room were: Chuck Knoll, Tammy Knoll, and Angela Sabatino

The summary of my notes may not be in direct order, more general comments

I asked what the problem was:

Angela Sabatino told me that David, makes her feel uncomfortable to the point that she can not look at him.

Two examples are:

1. At a client's location while installing holiday decorations she was bent over and David made a motion with a screw gun at Angel's behind with a commit something like "Well you put it out there"
2. David was adjusting a large display of roses, Suitable for a window" Describing it as female anatomy and making sexual innuendos. When asked to stop by Tadd Stone David finished his commits it was not instant and by her report, it continued for a few more moments

Actions that Chuck felt were appropriate to take and some reasoning behind them

1. Remove David Knoll from interactions with Tadd and Angel's as much as possible,

I felt Tammy worked well with Both Tadd and Angela so she was planning on taking the oversight and coordinating with other department roles (It was the plan both Angela and Tadd were going to work the front crew and do the Will Calls on the Valentine's Day

WKF - 000237

2. Generally, Angela was only going to be on-site while either Tammy or Tadd were working most of the day. (Angela may start before either are in or finish after either have left)

The task was going to be of mutual consent or directed by Tammy or Tadd

CC David with these note

--
**Chuck Knoll**
Walter Knoll Florist
2765 LaSalle Street
Saint Louis, MO 63104
Direct 314 633 8730