Mercy

MERCY CLINIC FAMILY MEDICINE - SOUTH LINDBERGH
4460 SOUTH LINDBERGH
SAINT LOUIS MO 63127-1647
Dept Phone: 314-843-7557
Dept Fax: 314-849-8671

February 7, 2024

Patient: **Angela R Sabatino**
Date of Birth: **12/22/1982**
Date of Visit: **2/7/2024**

To Whom it May Concern:

Angela Sabatino was seen in my clinic on 2/7/2024. Please excuse Angela for her absences from work through 2/19/2024.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia N Greffet, PA-C