Case: 4:26-cv-00959-SRW Doc. #: 15-11 Filed: 10/06/26 Page: 1 of 2 PageID #: 419

WKF.COM Walter Knoll Florist We Know Flowers

**Chuck Knoll <chuck@walterknoll.com>**

---

## Fwd: Tomorrow 2/7/24

1 message

---

**Tammy Knoll** <tammy@wkf.com> Thu, Feb 8, 2024 at 2:26 PM
To: Chuck Knoll <chuck@walterknoll.com>

---------- Forwarded message ---------
From: **Angela Sabatino** <sabatino0082@gmail.com>
Date: Thu, Feb 8, 2024 at 9:47 AM
Subject: Re: Tomorrow 2/7/24
To: Tammy Knoll <tammy@wkf.com>

I am not. I'm still not feeling well. This whole situation has really affected my mental state.

On Wed, Feb 7, 2024 at 4:15 PM Tammy Knoll <tammy@wkf.com> wrote:

> Hi Angela:
> Just making sure we will see you tomorrow. I am sending this to Tadd also. I want to make sure you feel safe here so check in with me or Tadd. If you have other intentions please let me know. Thanks in advance, Tammy
>
> --
> **Tammy Knoll**
> Buyer/Office Manager
> Walter Knoll Florist
> 2765 LaSalle St
> Saint Louis MO 63104
> Direct Line 314.633.8718
>
> *Your Personal Florist Since 1883*
>
> To Place an Order 24 Hours A Day
> https://www.wkf.com
> 314.352.7575
> 1-800-341-7673
>
> Like us on Facebook
>
> The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

--
**Tammy Knoll**
Buyer/Office Manager

WKF - 000122

Case: 4:26-cv-00959-SRW Doc. #: 15-11 Filed: 10/06/26 Page: 2 of 2 PageID #: 420

Walter Knoll Florist
2765 LaSalle St
Saint Louis MO 63104
Direct Line 314.633.8718

*Your Personal Florist Since 1883*

To Place an Order 24 Hours A Day
https://www.wkf.com
314.352.7575
1-800-341-7673

Like us on Facebook

WKF - 000123