Case: 4:26-cv-00959-SRW Doc. #: 15-12 Filed: 10/06/26 Page: 1 of 1 PageID #: 421

WKF.COM Walter Knoll Florist We Know Flowers

Chuck Knoll <chuck@walterknoll.com>

# Time clock notes

1 message

**Chuck Knoll** <chuck@wkf.com> Mon, Feb 12, 2024 at 11:10 AM
To: Angela Sabatino <angelasabatino@rocketmail.com>

| | | | | | | |
|---|---|---|---|---|---|---|
| | Angela | Sabatino | 02/05/2024 | Day | Chuck, I'd appreciate it if I could use my 19.42 hours of PTO. I provided Tammy with my doctors note. Also, not sure if you have my correct email or not, it is Sabatino0082@gmail.com. I know you said that you were going to send me a copy of the harrassment complaint that you submitted to G&As HR Department. I still have yet to receive that copy via email and would like that ASAP. Thank You, Angela Sabatino | 02/12/2024 03:13a |

From the time clock

Chuck, I'd appreciate it if I could use my 19.42 hours of PTO. I provided Tammy with my doctors note. Also, not sure if you have my correct email or not, it is Sabatino0082@gmail.com. I know you said that you were going to send me a copy of the harrassment complaint that you submitted to G&As HR Department. I still have yet to receive that copy via email and would like that ASAP. Thank You, Angela Sabatino

1) I closed payroll after the Superbowl - Anyway (In general no vacation hours are available for use during the blackout peak floral holidays. Two weeks before Valentine's Day, Mother's Day, and the Week before Thanksgiving until the end of the Year. (They become available after 2/14/2024)

2) I am not sure what you asking for with a "copy of the harassment complaint" Thanks Chuck

3) I am sure Tadd is ready to have help cleaning up after Valentine's Day when can rejoin us.

Thanks, Chuck

--
**Chuck Knoll**
Walter Knoll Florist
2765 LaSalle Street
Saint Louis, MO 63104
Direct 314 633 8730