WKF.COM Walter Knoll Florist We Know Flowers

**Chuck Knoll <chuck@walterknoll.com>**

---

**Employee Termination Request for Client: WALTER KNOLL FLORIST for Employee: Sabatino, Angela (F03316)**

1 message

---

**no-reply@cloud.gnapartners.com** <no-reply@cloud.gnapartners.com> Tue, Feb 27, 2024 at 9:34 AM

To: chuck@wkf.com

# WorkSight

This email is to acknowledge receipt of a termination request that you have made in WorkSight. This request has been processed. Please review the following details of this termination.

If you have any questions, or if you did not make this request in WorkSight, please contact G&A Partners AccessHR and we will be happy to assist you.

## Termination information:

| | |
|---|---|
| Client Name: | WALTER KNOLL FLORIST (372:610818) |
| Employee ID: | F03316 |
| Employee Name: | Angela Rose Sabatino |
| Termination Performed By: | CHARLES C KNOLL (W33499) |
| Resident State: | MO |
| Work Location: | FLORIST ROW |
| Work State: | MO |
| | |
| Last Day Worked: | February 26, 2024 |
| Termination Date: | February 27, 2024 |
| Termination Reason: | Quit/no notice given (QUT) |
| Describe the final incident. Please be specific. | Please call chuck at 314 633 8730 w/ any other questions |
| Did the employee indicate an intent to resign or quit working? If so, please explain. | NA |
| Did the company attempt to contact the employee regarding the resignation? If so, what was the result? | Angela currently has opened an EEOC discrimination suit against us. Re: T2402366 - Sabatino, Angela v. Walter Knoll Florist NA |

WKF - 000120

| | |
|---|---|
| Eligible for Rehire?: | False |
| Cancel Direct Deposit?: | False |

Special Info Regarding Benefits:

| | |
|---|---|
| Requestor: | KNOLL, CHARLES (chuck@wkf.com) |
| Requestor Date/Time: | February 27, 2024 |
| Requestor IP: | 66.248.200.40 |

If you have any questions, or if you did not make this request in WorkSight, please contact G&A Partners AccessHR and we will be happy to assist you.

**G&A Partners AccessHR**
Hours: Monday – Friday | 7:30 a.m. – 7: 00 p.m. CT
Phone: 1-866-497-4222
Email: accesshr@gnapartners.com

Sincerely,

G&A Partners

This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in the error, please advise accesshr@gnapartners.com and delete this message.

© 2024 G&A Partners. All rights reserved.