AS Angela Rose Sabatino (A27557) | January 29, 2024 - February 04, 2024

Time Entry | More Tabs (6)

32.10 hrs Raw Total

32.10 hrs Calc. Total

| Date | | From | To | Raw Total | Calc. Total | I |
|---|---|---|---|---|---|---|
| MON Jan 29 | | 08:20 am | 03:50 pm | 7.50 | 7.50 | |
| | | 04:10 pm | 05:30 pm | 1.33 | 1.33 | |
| | + | | | 8.83 hrs | 8.83 hrs | |
| TUE Jan 30 | | 08:25 am | 02:40 pm | 6.25 | 6.25 | |
| | | 03:11 pm | 04:30 pm | 1.32 | 1.32 | |
| | + | | | 7.57 hrs | 7.57 hrs | |
| WED Jan 31 | | From am | To am | 8.00 | 8.00 | |
| | | 09:20 am | 10:10 am | 0.83 | 0.83 | |
| | + | | | 8.83 hrs | 8.83 hrs | |
| THU Feb 1 | | 08:45 am | 12:07 pm | 3.37 | 3.37 | |
| | | e 12:38 pm | e 02:39 pm | 2.02 | 2.02 | |
| | | 03:09 pm | 04:38 pm | 1.48 | 1.48 | |
| | + | | | 6.87 hrs | 6.87 hrs | |
| FRI Feb 2 | + | | | 0.00 hrs | 0.00 hrs | |
| SAT Feb 3 | + | | | 0.00 hrs | 0.00 hrs | |
| SUN Feb 4 | + | | | 0.00 hrs | 0.00 hrs | |