# POLICY AGAINST UNLAWFUL HARASSMENT, DISCRIMINATION, AND RETALIATION

harassment, discrimination, or other wrongdoing in the workplace. By way of example only, participating in such an investigation includes, but is not limited to:

- filing a complaint with a federal or state enforcement or administrative agency;
- participating in or cooperating with a federal or state enforcement agency conducting an investigation of the Company regarding alleged unlawful activity;
- testifying as a party, witness, or accused regarding alleged unlawful activity;
- making or filing an internal complaint with the Company regarding alleged unlawful activity;
- providing notice to the Company regarding alleged unlawful activity;
- assisting another employee who is engaged in any of these activities.

The Company is further committed to prohibiting retaliation against qualified employees who request a reasonable accommodation for any known physical or mental disability and employees who request a reasonable accommodation for their religious beliefs and practices. In addition, the Company will not penalize or retaliate against an employee who is a victim of domestic violence, sexual assault, or stalking for requesting leave time or changes in the workplace to ensure the employee's safety and well-being.

**What You Should Do If You Feel You Are Being or Have Been Harassed, Discriminated Against or Retaliated Against**

If you feel that you are being or have been harassed, discriminated against or retaliated against in violation of this policy by another employee, supervisor, manager or third party doing business with the Company, you should immediately report it to your supervisor, your manager or Human Resources.

In addition, if you observe harassment, discrimination, or retaliation by another employee, supervisor, manager or non-employee, please report the incident immediately as indicated above. If the Company does not completely and timely address your report or complaint, you should contact G&A Partners at 1-866-497-4222.

Supervisors who receive any complaint of harassment, discrimination or retaliation must promptly report such complaint to Human Resources. If the Company does not completely and timely address your report or complaint, you should contact G&A Partners at 1-866-497-4222.

Your notification of the problem is essential to us. We cannot help resolve a harassment problem unless we know about it. Therefore, it is your responsibility to bring your concerns and/or problems to our attention so we can take whatever steps are necessary to address the situation. The Company takes all complaints of unlawful harassment seriously and will not penalize you or retaliate against you in any way for reporting a harassment problem in good faith.

All complaints of unlawful harassment which are reported to management will be investigated as promptly as possible by an impartial and qualified person and, upon conclusion of such investigation, appropriate corrective action will be taken where warranted. Appropriate action will also be taken in response to violation of this policy by any non-employee. The Company prohibits employees from hindering internal investigations and the internal complaint procedure. All complaints of unlawful harassment reported to management will be treated as confidentially as possible, consistent with the Company's need to conduct an adequate investigation.

**Violation of this policy will subject an employee to disciplinary action, up to and including immediate termination.** Moreover, any employee, supervisor or manager who condones or ignores potential violations of this policy will be subject to appropriate disciplinary action, up to and including termination.

# POLICY AGAINST UNLAWFUL HARASSMENT, DISCRIMINATION, AND RETALIATION, ACKNOWLEDGMENT

This will acknowledge that I received a copy of the Policy Against Unlawful Harassment, Discrimination, and Retaliation, and that I will comply with the requirements of this policy.

Additionally, if I currently work in a supervisory or managerial position, or if I am ever promoted to such position, in the event I know of or have reason to know of any act of harassment or the existence of a hostile, intimidating or offensive work environment in the workplace, I will report it to the appropriate management contact(s) and will cooperate completely in the investigation of any claims of harassment without retaliation against any person for making a complaint of harassment.

## Policy Against Unlawful Harassment, Discrimination, and Retaliation

G&A Partners
Time to grow.

Angela Rose Sabatino

2022-11-22 15:53 UTC

---

I understand that my electronic signature will be binding as though I had physically signed this document by hand. I agree that a printout of this agreement may be accepted with the same authority as the original.

**G&A - HarassmentPolicy - Fed**

**Version:** 1

**Consent Date:** 2022-11-22 15:24 UTC

**Signed By:** Angela Sabatino

**IP Address:** 75.36.178.194

*The IP address has been recorded as part of your electronic signature.*