**Chuck Knoll <chuck@walterknoll.com>**

## Sabatino - Charge of Discrimination

1 message

**Matt Ghio** <mghio@cronelawfirmplc.com> Mon, Feb 5, 2024 at 2:36 PM
To: "chuck@wkf.com" <chuck@wkf.com>

Dear Mr. Knoll: I have attached a courtesy copy of the Charge of Discrimination that my client Angela Sabatino filed with the EEOC and MCHR on February 2, 2024. Angela is out of work today because of the stress and anxiety caused by Mr. David Knoll and the company's inadequate response to her sexual harassment complaint. Angela has a doctor's appointment tomorrow to talk with her physician on how this is affecting her health and when it would be appropriate for her to return to work.

If your company is represented by either in house or outside counsel, please forward this Charge to them for review and response. Thanks.

Regards,

Matthew J. Ghio

The Crone Law Firm PLC

4818 Washington Ave., Suite 107

St. Louis, Mo 63108

314-707-5853

**560-2024-01375_ChargeOfDiscrimination.pdf**
115K